# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

1ST TRANSPORT, LLC d/b/a
Tara Trans,

    Plaintiff,

v.                                                   CASE NO. 8:19-cv-2595-T-02SPF

ACCESS 2 CARE, LLC d/b/a
American Medical Response,

    Defendant.
_____/

## ORDER

This case comes before the Court on Defendant's motion to dismiss for lack of jurisdiction (Dkt. 9), and Plaintiff's response in opposition (Dkt. 11). The magistrate judge issued a report recommending that the motion be granted in part and Plaintiff be given an opportunity to conduct limited jurisdictional discovery. Dkt. 17. The time for filing objections has passed.

The Court reviews the legal conclusions *de novo* in the absence of an objection. *See LeCroy v. McNeil*, 397 F. App'x 554, 556 (11th Cir. 2010) (citation omitted); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994). The magistrate judge, in a thorough analysis, found the amended complaint did not set

forth federal diversity jurisdiction.  Plaintiff requested leave to conduct jurisdictional discovery to rectify any deficiencies in the allegations regarding citizenship.  For the reasons explained in the Report and Recommendation, and in conjunction with an independent examination of the file, the Court concludes that the Report and Recommendation (Dkt. 17) should be adopted as part of this Order, confirmed, and approved in all respects.

      **ACCORDINGLY**, the Court rules as follows:

      1.    Defendant's motion to dismiss for lack of jurisdiction (Dkt. 9) is granted in part and denied in part.  The motion is granted to the extent Plaintiff did not sufficiently allege diversity of citizenship.  Defendant will file a renewed motion to dismiss after jurisdictional discovery is concluded and if Plaintiff files an amended complaint.

      2.    Plaintiff's request to conduct jurisdictional discovery is granted in part and denied in part.  Plaintiff may propound a limited interrogatory on Defendant, regarding the citizenship of its members, on or before June 2, 2020.  Defendant should respond within fourteen (14) days of service.

      3.    Plaintiff may file an amended complaint, depending on Defendant's response, to correct its deficient citizenship allegations consistent with the Report

and Recommendation (Dkt. 17) on or before June 27, 2020. Failure to do so will result in dismissal of this case without further notice.

**DONE AND ORDERED** at Tampa, Florida, on May 19, 2020.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of record and unrepresented parties