| Date | Trip Number | Member Name | RATE | |
|---|---|---|---|---|
| January | 23205189t | MISHLER, DON | $12.50 | + |
| January | 23205189r | MISHLER, DON | $12.50 | + |
| January | 231455992 | LADD, AALIYAH | $34.10 | + |
| January | 23145599R | LADD, AALIYAH | $34.10 | + |
| January | 23367626T | NAVARRO GREGORI, JOVANNI | $58.15 | + |
| January | 23367626R | NAVARRO GREGORI, JOVANNI | $58.15 | + |
| January | 23145609T | LADD, AALIYAH | $34.10 | + |
| January | 231456091 | LADD, AALIYAH | $34.10 | + |
| January | 23145761T | FRAZIER, CHRISTOPHE | $24.50 | + |
| January | 231457611 | FRAZIER, CHRISTOPHE | $24.50 | + |
| January | 233191631 | GONZALEZ CARRIL, ZEIJEN | $24.50 | + |
| January | 233191632 | GONZALEZ CARRIL, ZEIJEN | $27.50 | + |
| January | 231457612 | FRAZIER, CHRISTOPHE | $27.50 | + |
| January | 23145761R | FRAZIER, CHRISTOPHE | $27.50 | + |
| January | 233191651 | GONZALEZ CARRIL, ZEIJEN | $27.50 | + |
| January | 233191652 | GONZALEZ CARRIL, ZEIJEN | $27.50 | + |
| January | 233191671 | GONZALEZ CARRIL, ZEIJEN | $27.50 | + |
| January | 233191672 | GONZALEZ CARRIL, ZEIJEN | $27.50 | + |
| January | 231420021 | WHITAKER RUSSEL, EDDIE | $18.50 | |
| January | 231420022 | WHITAKER RUSSEL, EDDIE | $18.50 | |
| January | 23142002R | WHITAKER RUSSEL, EDDIE | $18.50 | |
| January | 23142002T | WHITAKER RUSSEL, EDDIE | $18.50 | |
| January | 233769551 | JAVON ROSS | $18.50 | + |
| January | 233769552 | JAVON ROSS | $18.50 | + |
| January | 23376955R | JAVON ROSS | $18.50 | + |
| January | 23376955T | JAVON ROSS | $18.50 | + |
| January | 23145168T | HUMISTON JAMES, YARIELLE | $23.00 | |
| January | 231451681 | HUMISTON JAMES, YARIELLE | $23.00 | |
| January | 231451682 | HUMISTON JAMES, YARIELLE | $23.00 | |
| January | 23145168R | HUMISTON JAMES, YARIELLE | $23.00 | |
| January | | MAXWELL | $23.00 | + |

| January | 233758421 | LEE, DARYL | $23.00 | + |
|---------|-----------|----------|---------|---|
| January | 233758422 | LEE, DARYL | $23.00 | + |
| January | 23102302T | JOHNSON, JUDAH | $23.00 | + |
| January | 231023021 | JOHNSON, JUDAH | $23.00 | + |
| January | 231023022 | JOHNSON, JUDAH | $23.00 | + |
| January | 23102302R | JOHNSON, JUDAH | $23.00 | + |
| January | 234866221 | DIXON DEANI | $25.00 | + |
| January | 234866222 | DIXON DEANI | $25.00 | + |
| January | 23375842R | LEE, DARYL | $23.00 | + |
| January | 23375842T | LEE, DARYL | $23.00 | + |
| January | 23486622R | DIXON DEANI | $25.00 | + |
| January | 23486622T | DIXON DEANI | $25.00 | + |
| January | 23141790T | MOBILIA, LUNA | $18.50 | + |
| January | 23145168T | HUMISTON JAMES, YARIELLE | $23.00 | + |
| January | 231451681 | HUMISTON JAMES, YARIELLE | $23.00 | + |
| January | 231451682 | HUMISTON JAMES, YARIELLE | $23.00 | + |
| January | 23145168R | HUMISTON JAMES, YARIELLE | $23.00 | + |
| January | 23203522 | Coriawntae Mckenzie | $20.50 | + |
| January | 23369086T | PACHECO SANTANA, JENNIFER | $47.00 | + |
| January | 23369086R | PACHECO SANTANA, JENNIFER | $47.00 | + |
| January | 23367631T | NAVARRO GREGORI, JOVANNI | $58.15 | + |
| January | 23367631R | NAVARRO GREGORI, JOVANNI | $58.15 | + |
| January | 23365299T | GOODNIGHT, JOCELYN | $53.00 | + |
| January | 23365299R | GOODNIGHT, JOCELYN | $53.00 | + |
| January | 23459239T | JOHNSON, JUDAH | $23.00 | + |
| January | 234592391 | JOHNSON, JUDAH | $23.00 | + |
| January | 234592392 | JOHNSON, JUDAH | $23.00 | + |
| January | 23459239R | JOHNSON, JUDAH | $23.00 | + |
| January | 23378789T | WATERMAN, FAYTHE | $23.00 | + |
| January | 233787891 | WATERMAN, FAYTHE | $23.00 | + |
| January | 233787892 | WATERMAN, FAYTHE | $23.00 | + |
| January | 23378789R | WATERMAN, FAYTHE | $23.00 | + |
| January | 23379885T | WATERMAN, JOSHUA | $23.00 | + |
| January | 233798851 | WATERMAN, JOSHUA | $23.00 | + |
| January | 233798852 | WATERMAN, JOSHUA | $23.00 | + |
| January | 23379885R | WATERMAN, JOSHUA | $23.00 | + |
| January | 23366733T | MOHR, TIFFANY | $20.00 | + |
| January | 23366733R | MOHR, TIFFANY | $20.00 | + |
| January | 233768891 | JAVON ROSS | $18.50 | + |

| Month | Number | Name | Amount | |
|---|---|---|---|---|
| January | 233768892 | JAVON ROSS | $18.50 | + |
| January | 23376889R | JAVON ROSS | $18.50 | + |
| January | 23376889T | JAVON ROSS | $18.50 | + |
| January | 23397073R | JUANITA PATTERSON | $50.00 | |
| January | 23397073T | JUANITA PATTERSON | $50.00 | |
| January | 23141994T | PRITCHETT, SYRA | $23.00 | + |
| January | 231419941 | PRITCHETT, SYRA | $23.00 | + |
| January | 231419942 | PRITCHETT, SYRA | $23.00 | + |
| January | 23141994R | PRITCHETT, SYRA | $23.00 | + |
| January | 23141800T | MOBILIA, LUNA | $18.50 | + |
| January | 23141800R | MOBILIA, LUNA | $18.50 | + |
| January | 23145176T | HUMISTON JAMES, YARIELLE | $23.00 | + |
| January | 231451761 | HUMISTON JAMES, YARIELLE | $23.00 | + |
| January | 231451762 | HUMISTON JAMES, YARIELLE | $23.00 | + |
| January | 23145176R | HUMISTON JAMES, YARIELLE | $23.00 | + |
| January | 23383711T | SHEPPARD, JACEIA | $24.85 | + |
| January | 233837111 | SHEPPARD, JACEIA | $24.85 | + |
| January | 233837112 | SHEPPARD, JACEIA | $24.85 | + |
| January | 23383711R | SHEPPARD, JACEIA | $24.85 | + |
| January | 23364705T | PEDRO GARCIA CISNEROS | $20.00 | + |
| January | 23364705R | PEDRO GARCIA CISNEROS | $20.00 | + |
| January | 23364713T | PEDRO GARCIA CISNEROS | $20.00 | + |
| January | 23364713R | PEDRO GARCIA CISNEROS | $20.00 | + |
| January | 23364729T | PEDRO GARCIA CISNEROS | $20.00 | + |
| January | 23364729R | PEDRO GARCIA CISNEROS | $20.00 | + |
| January | 23364714T | PEDRO GARCIA CISNEROS | $20.00 | + |
| January | 23364714R | PEDRO GARCIA CISNEROS | $20.00 | + |
| January | 23364724T | PEDRO GARCIA CISNEROS | $20.00 | + |
| January | 23364724R | PEDRO GARCIA CISNEROS | $20.00 | + |
| January | 23369231T | HELMER RAMIREZ BAMACA | $23.00 | + |
| January | 23369231R | HELMER RAMIREZ BAMACA | $23.00 | + |
| January | 23369578t | ABIGAIL BROWN | $20.00 | + |
| January | 23369578r | ABIGAIL BROWN | $20.00 | + |

| Month | ID | Name | Amount | |
|---|---|---|---|---|
| January | 23145523t | braga daniel | $23.00 | + |
| January | 231455231 | braga daniel | $23.00 | + |
| January | 231455232 | braga daniel | $23.00 | + |
| January | 23145523r | braga daniel | $23.00 | + |
| January | 24949073t | santana jennifer pacheco | $47.00 | + |
| January | 23369245T | HELMER RAMIREZ BAMACA | $23.00 | + |
| January | 23369245R | HELMER RAMIREZ BAMACA | $23.00 | + |
| January | 23369093T | PACHECO SANTANA, JENNIFER | $47.00 | + |
| January | 23369093R | PACHECO SANTANA, JENNIFER | $47.00 | + |
| January | 23367635T | NAVARRO GREGORI, JOVANNI | $58.15 | + |
| January | 23367635R | NAVARRO GREGORI, JOVANNI | $58.15 | + |
| January | 23365310T | GOODNIGHT, JOCELYN | $53.00 | + |
| January | 23365310R | GOODNIGHT, JOCELYN | $53.00 | + |
| January | 23459267T | JOHNSON, JUDAH | $23.00 | + |
| January | 234592671 | JOHNSON, JUDAH | $23.00 | + |
| January | 231455331 | BRAGA, DANIEL | $23.00 | + |
| January | 231455332 | BRAGA, DANIEL | $23.00 | + |
| January | 23145533R | BRAGA, DANIEL | $23.00 | + |
| January | 23145533T | BRAGA, DANIEL | $23.00 | + |
| January | 23406020R | JOHNSON, NASSIR | $18.50 | + |
| January | 23406020T | JOHNSON, NASSIR | $18.50 | + |
| January | 23406678R | PAYNE, JACOB | $18.90 | + |
| January | 23406678T | PAYNE, JACOB | $18.90 | + |
| January | 231457641 | FRAZIER, CHRISTOPHE | $27.50 | + |
| January | 23145764T | FRAZIER, CHRISTOPHE | $27.50 | + |
| January | 23142012T | PRITCHETT, SYRA | $23.00 | + |
| January | 231420121 | PRITCHETT, SYRA | $23.00 | + |
| January | 231420122 | PRITCHETT, SYRA | $23.00 | + |
| January | 23142012R | PRITCHETT, SYRA | $23.00 | + |
| January | 23141807R | MOBILIA, LUNA | $18.50 | + |
| January | 233837192 | SHEPPARD, JACEIA | $24.85 | + |
| January | 23383719R | SHEPPARD, JACEIA | $24.85 | + |
| January | 23366744T | MOHR, TIFFANY | $20.00 | + |
| January | 23366744R | MOHR, TIFFANY | $20.00 | + |
| January | 23145211 | JESUS WRIGHT | $23.00 | + |
| January | 23145211 | JESUS WRIGHT | $23.00 | + |
| January | 23203528T | Coriawntae Mckenzie | $20.50 | + |
| January | 23459274t | JOHNSON, JUDAH | $23.00 | + |
| January | 234592741 | JOHNSON, JUDAH | $23.00 | + |
| January | 234592742 | JOHNSON, JUDAH | $23.00 | + |

| | | | | |
|---|---|---|---|---|
| January | 23459274r | JOHNSON, JUDAH | $23.00 | + |
| January | 23367640T | NAVARRO GREGORI, JOVANNI | $58.15 | |
| January | 23367640R | NAVARRO GREGORI, JOVANNI | $58.15 | + |
| January | 23365844T | JERONIMO PABLO, ALFONSO | $58.15 | + |
| January | 23365844R | JERONIMO PABLO, ALFONSO | $58.15 | |
| January | 23365325T | GOODNIGHT, JOCELYN | $53.00 | + |
| January | 23365325R | GOODNIGHT, JOCELYN | $53.00 | + |
| January | 23142032T | PRITCHETT, SYRA | $23.00 | + |
| January | 231420321 | PRITCHETT, SYRA | $23.00 | + |
| January | 231420322 | PRITCHETT, SYRA | $23.00 | + |
| January | 23142032R | PRITCHETT, SYRA | $23.00 | + |
| January | 23145216T | HUMISTON JAMES, YARIELLE | $23.00 | + |
| January | 231452161 | HUMISTON JAMES, YARIELLE | $23.00 | + |
| January | 231452162 | HUMISTON JAMES, YARIELLE | $23.00 | + |
| January | 23145216R | HUMISTON JAMES, YARIELLE | $23.00 | + |
| January | 23383738T | SHEPPARD, JACEIA | $24.85 | + |
| January | 233837381 | SHEPPARD, JACEIA | $24.85 | + |
| January | 233837382 | SHEPPARD, JACEIA | $24.85 | + |
| January | 23383738R | SHEPPARD, JACEIA | $24.85 | + |
| January | 23369259T | HELMER RAMIREZ BAMACA | $23.00 | + |
| January | 23369259R | HELMER RAMIREZ BAMACA | $23.00 | + |
| January | 23582914t | MAQUIN YULEIMY | $18.50 | + |
| January | 23582914r | MAQUIN YULEIMY | $18.50 | + |
| January | 23145656t | LADD AALIYAH | $34.10 | + |
| January | 231456561 | LADD AALIYAH | $34.10 | + |
| January | 231456562 | LADD AALIYAH | $34.10 | + |
| January | 23145656r | LADD AALIYAH | $34.10 | + |
| January | 23369274T | HELMER RAMIREZ BAMACA | $23.00 | + |
| January | 23369274R | HELMER RAMIREZ BAMACA | $23.00 | + |
| January | 233367653T | NAVARRO GREGORI, JOVANNI | $58.15 | |
| January | 23367653R | NAVARRO GREGORI, JOVANNI | $58.15 | + |
| January | 23365341T | GOODNIGHT, JOCELYN | $53.00 | + |
| January | 233653411 | GOODNIGHT, JOCELYN | $53.00 | + |
| January | 233653412 | GOODNIGHT, JOCELYN | $53.00 | + |

| | | | | |
|---|---|---|---|---|
| January | 23365341R | GOODNIGHT, JOCELYN | $53.00 | + |
| January | 233833231 | PARZ, MARAH | $23.00 | + |
| January | 233833232 | PARZ, MARAH | $23.00 | + |
| January | 23383323R | PARZ, MARAH | $23.00 | + |
| January | 23383323T | PARZ, MARAH | $23.00 | + |
| January | 23369108t | PACHECO SANTANA, JENNIFER | $47.00 | + |
| January | 23369108r | PACHECO SANTANA, JENNIFER | $47.00 | + |
| January | 23342919R | CANDICE MALIK | $25.00 | |
| January | 23342919T | CANDICE MALIK | $25.00 | |
| January | 23142050T | PRITCHETT, SYRA | $23.00 | + |
| January | 231420501 | PRITCHETT, SYRA | $23.00 | + |
| January | 231420502 | PRITCHETT, SYRA | $23.00 | + |
| January | 23142050R | PRITCHETT, SYRA | $23.00 | + |
| January | 23366776T | MOHR, TIFFANY | $20.00 | + |
| January | 23366776R | MOHR, TIFFANY | $20.00 | + |
| January | 231452612 | HUMISTON JAMES, YARIELLE | $23.00 | + |
| January | 23145216R | HUMISTON JAMES, YARIELLE | $23.00 | + |
| January | 23369593r | ABIGAIL BROWN | $20.00 | |
| January | 23369261T | HELMER RAMIREZ BAMACA | $23.00 | + |
| January | 23369261R | HELMER RAMIREZ BAMACA | $23.00 | + |
| January | 23369113T | PACHECO SANTANA, JENNIFER | $47.00 | + |
| January | 23369113R | PACHECO SANTANA, JENNIFER | $47.00 | + |
| January | 23365348T | NAVARRO GREGORI, JOVANNI | $58.15 | + |
| January | 23365348R | NAVARRO GREGORI, JOVANNI | $58.15 | + |
| January | 23366787R | MOHR, TIFFANY | $20.00 | + |
| January | 23363578R | GARCIA, GISSETTE | $18.50 | + |
| January | 23369289T | RAMIREZ BAMACA, HELMER | $23.00 | + |
| January | 23369289R | RAMIREZ BAMACA, HELMER | $23.00 | + |
| January | 23367663t | NAVARRO GREGORI, JOVANNI | $58.15 | + |
| January | 23367663r | NAVARRO GREGORI, JOVANNI | $58.15 | + |
| January | 233759332 | LEE, DARYL | $23.00 | + |
| January | 23375933R | LEE, DARYL | $23.00 | + |
| January | 23375933T | LEE, DARYL | $23.00 | + |
| January | 233759331 | LEE, DARYL | $23.00 | + |

| | | | | |
|---|---|---|---|---|
| January | 233769591 | JAVON ROSS | $18.50 | + |
| January | 233769592 | JAVON ROSS | $18.50 | + |
| January | 23376959R | JAVON ROSS | $18.50 | + |
| January | 23376959T | JAVON ROSS | $18.50 | + |
| January | 23325426R | MERRILL, SAMANTHA | $25.00 | + |
| January | 23325426T | MERRILL, SAMANTHA | $25.00 | + |
| January | 23406725R | PAYNE, JACOB | $18.90 | + |
| January | 23406725T | PAYNE, JACOB | $18.90 | + |
| January | 23430307R | THOMAS, DAVID | $14.10 | + |
| January | 23430307T | THOMAS, DAVID | $14.10 | + |
| January | 23145292T | HUMISTON JAMES, YARIELLE | $23.00 | + |
| January | 231452921 | HUMISTON JAMES, YARIELLE | $23.00 | + |
| January | 231452922 | HUMISTON JAMES, YARIELLE | $23.00 | + |
| January | 23145292R | HUMISTON JAMES, YARIELLE | $23.00 | + |
| January | 23383782T | SHEPPARD, JACEIA | $24.85 | + |
| January | 233837821 | SHEPPARD, JACEIA | $24.85 | + |
| January | 233837822 | SHEPPARD, JACEIA | $24.85 | + |
| January | 23383782R | SHEPPARD, JACEIA | $24.85 | + |
| January | 23291897t | RICHARD HILLMAN | $30.10 | + |
| January | 23291897r | RICHARD HILLMAN | $30.10 | + |
| January | 23280232 | MISHLER, DON | $23.70 | |
| January | 23290807 | JENNIFER FAY | $25.00 | |
| January | 23301935 | CRYSTAL CURTIN | $37.00 | + |
| January | 23325381 | MERRILL, SAMANTHA | $25.00 | |
| January | 23388025 | ADELMO GAMES | $46.00 | |
| January | 23415429 | TIFFANY ESTEP | $28.00 | |
| January | 23431414 | GINA DOSTER | $58.00 | |
| January | 23469721 | STEWART, BETH | $25.00 | + |
| January | 23486961 | ROSALIS CHARON | $25.00 | |
| January | 23498686 | CARMELO RIVIERA | $46.00 | |
| January | 23254319R | RAMONITA CRUZ | $18.50 | |
| January | 23254319T | RAMONITA CRUZ | $18.50 | |
| January | 23363525T | GARCIA, GISSETTE | $18.50 | + |
| January | 23141792T | MOBILIA, LUNA | $18.50 | + |
| January | 231417921 | MOBILIA, LUNA | $18.50 | + |
| January | 231417922 | MOBILIA, LUNA | $18.50 | + |
| January | 23141792R | MOBILIA, LUNA | $18.50 | + |
| January | 23369087T | PACHECO SANTANA, JENNIFER | $47.00 | + |
| January | 23369087R | PACHECO SANTANA, JENNIFER | $47.00 | + |

| | | | |
|---|---|---|---|
| January | 23367632T | NAVARRO GREGORI, JOVANNI | $58.15 | + |
| January | 23367632R | NAVARRO GREGORI, JOVANNI | $58.15 | + |
| January | 23365302T | GOODNIGHT, JOCELYN | $53.00 | |
| January | 23365302R | GOODNIGHT, JOCELYN | $53.00 | |
| January | 23423767 | JULIANA RETACCO | $25.00 | |
| January | 23481626 | GLENDOLYN QUASHIE | $274.00 | |
| January | 23510632 | PRITCHETT, SYRA | $25.00 | |
| January | 231418012 | MOBILIA, LUNA | $18.50 | + |
| January | 23141801R | MOBILIA, LUNA | $18.50 | + |
| January | 231419972 | PRITCHETT, SYRA | $23.00 | + |
| January | 23141997R | PRITCHETT, SYRA | $23.00 | + |
| January | 233787901 | WATERMAN, FAYTHE | $23.00 | + |
| January | 233787902 | WATERMAN, FAYTHE | $23.00 | + |
| January | 23378790R | WATERMAN, FAYTHE | $23.00 | + |
| January | 23378790T | WATERMAN, FAYTHE | $23.00 | + |
| January | 233827272 | PEOPLES, JALIYAH | $12.50 | + |
| January | 23382727R | PEOPLES, JALIYAH | $12.50 | + |
| January | 233832861 | PARZ, MARAH | $23.00 | + |
| January | 233832862 | PARZ, MARAH | $23.00 | + |
| January | 23383286R | PARZ, MARAH | $23.00 | + |
| January | 23383286T | PARZ, MARAH | $23.00 | + |
| January | 23366735T | MOHR, TIFFANY | $20.00 | + |
| January | 23366735R | MOHR, TIFFANY | $20.00 | + |
| January | 23364706T | GARCIA CISNEROS, PEDRO | $25.00 | + |
| January | 23364706R | GARCIA CISNEROS, PEDRO | $20.00 | + |
| January | 23369579T | BROWN, ABIGAIL | $20.00 | + |
| January | 233695791 | BROWN, ABIGAIL | $20.00 | + |
| January | 233695792 | BROWN, ABIGAIL | $20.00 | + |
| January | 23369579R | BROWN, ABIGAIL | $20.00 | + |
| January | 23365302T | GOODNIGHT, JOCELYN | $53.00 | + |
| January | 233653021 | GOODNIGHT, JOCELYN | $53.00 | + |
| January | 233653022 | GOODNIGHT, JOCELYN | $53.00 | + |
| January | 23365302R | GOODNIGHT, JOCELYN | $53.00 | + |
| January | 23367632T | NAVARRO GREGORI, JOVANNI | $58.15 | + |
| January | 23367632R | NAVARRO GREGORI, JOVANNI | $58.15 | + |
| January | 23365841T | JERONIMO PABLO, ALFONSO | $58.15 | + |
| January | 233658411 | JERONIMO PABLO, ALFONSO | $58.15 | + |
| January | 233658412 | JERONIMO PABLO, ALFONSO | $58.15 | + |

| January | 23365841R | JERONIMO PABLO, ALFONSO | $58.15 | + |
|---------|-----------|-------------------------|--------|---|
| January | 23369234T | RAMIREZ BAMACA, HELMER | $23.00 | + |
| January | 23369234R | RAMIREZ BAMACA, HELMER | $23.00 | + |
| January | 23141997T | PRITCHETT, SYRA | $23.00 | + |
| January | 231419971 | PRITCHETT, SYRA | $23.00 | + |
| January | 23145177T | HUMISTON JAMES, YARIELLE | $23.00 | + |
| January | 231451771 | HUMISTON JAMES, YARIELLE | $23.00 | + |
| January | 231451772 | HUMISTON JAMES, YARIELLE | $23.00 | + |
| January | 23145177R | HUMISTON JAMES, YARIELLE | $23.00 | + |
| January | 233837132 | SHEPPARD, JACEIA | $24.85 | + |
| January | 23383713R | SHEPPARD, JACEIA | $24.85 | + |
| January | 23145198t | JESUS WRIGHT | $23.00 | + |
| January | 231451981 | JESUS WRIGHT | $23.00 | + |
| January | 23367636T | NAVARRO GREGORI, JOVANNI | $58.15 | + |
| January | 23367636R | NAVARRO GREGORI, JOVANNI | $58.15 | + |
| January | 23369095T | PACHECO SANTANA, JENNIFER | $47.00 | + |
| January | 23369095R | PACHECO SANTANA, JENNIFER | $47.00 | + |
| January | 23369248T | GOODNIGHT, JOCELYN | $53.00 | + |
| January | 23369248R | GOODNIGHT, JOCELYN | $53.00 | + |
| January | 23145543T | BRAGA, DANIEL | $23.00 | + |
| January | 231455431 | BRAGA, DANIEL | $23.00 | + |
| January | 231455432 | BRAGA, DANIEL | $23.00 | + |
| January | 23366750T | MOHR, TIFFANY | $20.00 | + |
| January | 23366750R | MOHR, TIFFANY | $20.00 | + |
| January | 23365312t | GOODNIGHT, JOCELYN | $53.00 | + |
| January | 233653121 | GOODNIGHT, JOCELYN | $53.00 | + |
| January | 233653122 | GOODNIGHT, JOCELYN | $53.00 | + |
| January | 23365312r | GOODNIGHT, JOCELYN | $53.00 | + |
| January | 23499598 | JACKELINE BAEZ | $37.50 | |
| January | 23479325T | PRUITT, TRACY | $41.30 | + |
| January | 23479325R | PRUITT, TRACY | $41.30 | + |
| January | 23145615T | LADD, AALIYAH | $34.10 | + |
| January | 231456151 | LADD, AALIYAH | $34.10 | + |
| January | 23145543R | BRAGA, DANIEL | $23.00 | + |
| January | 23142015T | PRITCHETT, SYRA | $23.00 | + |
| January | 231420151 | PRITCHETT, SYRA | $23.00 | + |
| January | 231420152 | PRITCHETT, SYRA | $23.00 | + |

| January | 23142015R | PRITCHETT, SYRA | $23.00 | + |
|---------|-----------|-----------------|--------|---|
| January | 23141808T | MOBILIA, LUNA | $18.50 | + |
| January | 231418081 | MOBILIA, LUNA | $18.50 | |
| January | 23145197T | HUMISTON JAMES, YARIELLE | $23.00 | + |
| January | 231451971 | HUMISTON JAMES, YARIELLE | $23.00 | |
| January | 231451972 | HUMISTON JAMES, YARIELLE | $23.00 | + |
| January | 23145197R | HUMISTON JAMES, YARIELLE | $23.00 | + |
| January | 23383721T | SHEPPARD, JACEIA | $24.85 | + |
| January | 233837211 | SHEPPARD, JACEIA | $24.85 | + |
| January | 233837212 | SHEPPARD, JACEIA | $24.85 | + |
| January | 23383721R | SHEPPARD, JACEIA | $24.85 | + |
| January | 23582913t | yuleimy maquin | $18.50 | + |
| January | 23582913r | yuleimy maquin | $18.50 | + |
| January | 23365847T | JERONIMO PABLO, ALFONSO | $58.15 | + |
| January | 233658471 | JERONIMO PABLO, ALFONSO | $58.15 | |
| January | 233658472 | JERONIMO PABLO, ALFONSO | $58.15 | + |
| January | 23365847R | JERONIMO PABLO, ALFONSO | $58.15 | + |
| January | 23365849T | JERONIMO PABLO, ALFONSO | $58.15 | + |
| January | 23365849R | JERONIMO PABLO, ALFONSO | $58.15 | + |
| January | 23365842T | JERONIMO PABLO, ALFONSO | $58.15 | |
| January | 23365842R | JERONIMO PABLO, ALFONSO | $58.15 | + |
| January | 23621307T | JERONIMO PABLO, ALFONSO | $58.15 | + |
| January | 236213071 | JERONIMO PABLO, ALFONSO | $58.15 | |
| January | 236213072 | JERONIMO PABLO, ALFONSO | $58.15 | |
| January | 23621307R | JERONIMO PABLO, ALFONSO | $58.15 | + |
| January | 23369104T | PACHECO SANTANA, JENNIFER | $47.00 | |
| January | 23369104R | PACHECO SANTANA, JENNIFER | $47.00 | + |
| January | 23367643T | NAVARRO GREGORI, JOVANNI | $58.15 | + |
| January | 23367643R | NAVARRO GREGORI, JOVANNI | $58.15 | + |
| January | 23365330T | GOODNIGHT, JOCELYN | $53.00 | + |

| | | | | |
|---|---|---|---|---|
| January | 23365330R | GOODNIGHT, JOCELYN | $53.00 | + |
| January | 23366766T | MOHR, TIFFANY | $20.00 | + |
| January | 23366766R | MOHR, TIFFANY | $20.00 | + |
| January | 23527205 | HUMBERTO RECKEWEG-BALCAZ | $34.00 | + |
| January | 231455581 | BRAGA, DANIEL | $23.00 | + |
| January | 233827692 | PEOPLES, JALIYAH | $12.50 | + |
| January | 23382769R | PEOPLES, JALIYAH | $12.50 | + |
| January | 23145558T | BRAGA, DANIEL | $23.00 | + |
| January | 23404859T | JAYDEN PETTIFER | $23.00 | + |
| January | 23406034R | JOHNSON, NASSIR | $18.50 | + |
| January | 23406034T | JOHNSON, NASSIR | $18.50 | + |
| January | 23406698T | PAYNE, JACOB | $23.00 | + |
| January | 23486522R | HILSON, CMORI | $14.10 | + |
| January | 23486522T | HILSON, CMORI | $14.10 | + |
| January | 231455582 | BRAGA, DANIEL | $23.00 | + |
| January | 23406698R | PAYNE, JACOB | $23.00 | + |
| January | 23145558R | BRAGA, DANIEL | $23.00 | + |
| January | 23142034T | PRITCHETT, SYRA | $23.00 | + |
| January | 231420341 | PRITCHETT, SYRA | $23.00 | + |
| January | 231420342 | PRITCHETT, SYRA | $23.00 | + |
| January | 23142034R | PRITCHETT, SYRA | $23.00 | + |
| January | 23141838T | MOBILIA, LUNA | $18.50 | + |
| January | 231418381 | MOBILIA, LUNA | $18.50 | + |
| January | 231418382 | MOBILIA, LUNA | $18.50 | + |
| January | 23141838R | MOBILIA, LUNA | $18.50 | + |
| January | 23145219T | HUMISTON JAMES, YARIELLE | $23.00 | + |
| January | 231452191 | HUMISTON JAMES, YARIELLE | $23.00 | + |
| January | 231452192 | HUMISTON JAMES, YARIELLE | $23.00 | + |
| January | 23145219R | HUMISTON JAMES, YARIELLE | $23.00 | + |
| January | 23383749T | SHEPPARD, JACEIA | $24.85 | + |
| January | 233837491 | SHEPPARD, JACEIA | $24.85 | + |
| January | 233837492 | SHEPPARD, JACEIA | $24.85 | + |
| January | 23383749R | SHEPPARD, JACEIA | $24.85 | + |
| January | 23364730T | GARCIA CISNEROS, PEDRO | $20.00 | + |
| January | 23364730R | GARCIA CISNEROS, PEDRO | $20.00 | + |
| January | 23369594T | BROWN, ABIGAIL | $20.00 | + |
| January | 23369594R | BROWN, ABIGAIL | $20.00 | + |
| January | 231457891 | FRAZIER, CHRISTOPHE | $27.50 | + |
| January | 23145789T | FRAZIER, CHRISTOPHE | $27.50 | + |

| | | | | |
|---|---|---|---|---|
| January | 23369591t | BROWN, ABIGAIL | $20.00 | + |
| January | 233695911 | BROWN, ABIGAIL | $20.00 | + |
| January | 233695912 | BROWN, ABIGAIL | $20.00 | + |
| January | 23369591r | BROWN, ABIGAIL | $20.00 | + |
| January | 23406047t | NASSIR JOHNSON | $18.50 | + |
| January | 23406047r | NASSIR JOHNSON | $18.50 | + |
| January | 23142052T | PRITCHETT, SYRA | $23.00 | + |
| January | 231420521 | PRITCHETT, SYRA | $23.00 | + |
| January | 231420522 | PRITCHETT, SYRA | $23.00 | + |
| January | 23142052R | PRITCHETT, SYRA | $23.00 | + |
| January | 23141853T | MOBILIA, LUNA | $18.50 | + |
| January | 23145267T | HUMISTON JAMES, YARIELLE | $23.00 | + |
| January | 231452671 | HUMISTON JAMES, YARIELLE | $23.00 | + |
| January | 231452672 | HUMISTON JAMES, YARIELLE | $23.00 | + |
| January | 23145267R | HUMISTON JAMES, YARIELLE | $23.00 | + |
| January | 23383771T | SHEPPARD, JACEIA | $24.85 | + |
| January | 233837711 | SHEPPARD, JACEIA | $24.85 | + |
| January | 233837712 | SHEPPARD, JACEIA | $24.85 | + |
| January | 23383771R | SHEPPARD, JACEIA | $24.85 | + |
| January | 23369109T | PACHECO SANTANA, JENNIFER | $47.00 | + |
| January | 23369109R | PACHECO SANTANA, JENNIFER | $47.00 | + |
| January | 23367656T | NAVARRO GREGORI, JOVANNI | $58.15 | + |
| January | 23367656R | NAVARRO GREGORI, JOVANNI | $58.15 | + |
| January | 23365342T | GOODNIGHT, JOCELYN | $53.00 | + |
| January | 23365342R | GOODNIGHT, JOCELYN | $53.00 | + |
| January | 23353914 | ELIJAH CARDONA | $25.00 | |
| January | 23388055 | ADELMO GAMES | $46.00 | |
| January | 23142052T | PRITCHETT, SYRA | $23.00 | |
| January | 231420521 | PRITCHETT, SYRA | $23.00 | |
| January | 231420522 | PRITCHETT, SYRA | $23.00 | |
| January | 23142052R | PRITCHETT, SYRA | $23.00 | |
| January | 23141853R | MOBILIA, LUNA | $18.50 | |
| January | 23145267T | HUMISTON JAMES, YARIELLE | $23.00 | |
| January | 231452671 | HUMISTON JAMES, YARIELLE | $23.00 | |
| January | 231452672 | HUMISTON JAMES, YARIELLE | $23.00 | |
| January | 23145267R | HUMISTON JAMES, YARIELLE | $23.00 | |

| January | 23383771T | SHEPPARD, JACEIA | $24.85 | |
| January | 233837711 | SHEPPARD, JACEIA | $24.85 | |
| January | 233837712 | SHEPPARD, JACEIA | $24.85 | |
| January | 23383771R | SHEPPARD, JACEIA | $24.85 | |
| January | 23363550R | GARCIA, GISSETTE | $17.30 | + |
| January | 23366763T | MOHR, TIFFANY | $20.00 | + |
| January | 23366763R | MOHR, TIFFANY | $20.00 | + |
| January | 23364721T | GARCIA CISNEROS, PEDRO | $20.00 | + |
| January | 23364721R | GARCIA CISNEROS, PEDRO | $20.00 | + |
| January | 23369590T | BROWN, ABIGAIL | $20.00 | + |
| January | 23369590R | BROWN, ABIGAIL | $20.00 | + |
| January | 23582415t | yuleimy maquin | $18.50 | + |
| January | 23582415r | yuleimy maquin | $18.50 | + |
| January | 23366789t | mohr tiffany | $20.00 | + |
| January | 23366789t | mohr tiffany | $20.00 | + |
| January | 23369291T | HELMER RAMIREZ BAMACA | $23.00 | + |
| January | 23369291R | HELMER RAMIREZ BAMACA | $23.00 | + |
| January | 23383789T | HUMISTON JAMES, YARIELLE | $23.00 | + |
| January | 233837891 | HUMISTON JAMES, YARIELLE | $23.00 | + |
| January | 233837892 | HUMISTON JAMES, YARIELLE | $23.00 | + |
| January | 23383789R | HUMISTON JAMES, YARIELLE | $23.00 | + |
| January | 23369114T | PACHECO SANTANA, JENNIFER | $47.00 | + |
| January | 23369114R | PACHECO SANTANA, JENNIFER | $47.00 | + |
| January | 23367666T | NAVARRO GREGORI, JOVANNI | $58.15 | + |
| January | 23367666R | NAVARRO GREGORI, JOVANNI | $58.15 | + |
| January | 23363564R | GARCIA, GISSETTE | $17.30 | + |
| January | 23366779T | MOHR, TIFFANY | $20.00 | + |
| January | 23366779R | MOHR, TIFFANY | $20.00 | + |
| January | 23369279T | RAMIREZ BAMACA, HELMER | $23.00 | + |
| January | 23369279R | RAMIREZ BAMACA, HELMER | $23.00 | + |
| January | 233695941 | BROWN, ABIGAIL | $20.00 | + |
| January | 233695942 | BROWN, ABIGAIL | $20.00 | + |
| January | 23406731R | PAYNE, JACOB | $23.00 | + |
| January | 23406731T | PAYNE, JACOB | $23.00 | + |

| January | 23365351t | GOODNIGHT, JOCELYN | $53.00 | + |
|---------|-----------|-------------------|--------|---|
| January | 233653511 | GOODNIGHT, JOCELYN | $53.00 | + |
| January | 233653512 | GOODNIGHT, JOCELYN | $53.00 | + |
| January | 23365351r | GOODNIGHT, JOCELYN | $53.00 | + |
| January | 23369083T | PACHECO SANTANA, JENNIFER | $47.00 | + |
| January | 23369083R | PACHECO SANTANA, JENNIFER | $47.00 | + |
| January | 23367629T | NAVARRO GREGORI, JOVANNI | $58.15 | + |
| January | 23367629R | NAVARRO GREGORI, JOVANNI | $58.15 | + |
| January | 23365839T | JERONIMO PABLO, ALFONSO | $58.15 | + |
| January | 23365839R | JERONIMO PABLO, ALFONSO | $58.15 | + |
| January | 23365295T | GOODNIGHT, JOCELYN | $53.00 | + |
| January | 23365295R | GOODNIGHT, JOCELYN | $53.00 | + |
| January | 233827171 | PARZ, MARAH | $23.00 | |
| January | 233827172 | PARZ, MARAH | $23.00 | + |
| January | 23382717R | PARZ, MARAH | $23.00 | + |
| January | 23525941R | ROY HERMAN | $44.50 | + |
| January | 23376887T | JAVON ROSS | $74.00 | + |
| January | 233768871 | JAVON ROSS | $74.00 | + |
| January | 233768872 | JAVON ROSS | $74.00 | + |
| January | 23376887R | JAVON ROSS | $74.00 | + |
| January | 23406357T | KASTRATI, BORA | $18.50 | + |
| January | 23419175R | VASQUEZ, DIANNA | $17.30 | + |
| January | 235503161 | HUMISTON JAMES, YARIELLE | $23.00 | + |
| January | 23550316T | HUMISTON JAMES, YARIELLE | $23.00 | + |
| January | 23550316R | HUMISTON JAMES, YARIELLE | $23.00 | + |
| January | 23366730T | MOHR, TIFFANY | $20.00 | + |
| January | 23366730R | MOHR, TIFFANY | $20.00 | + |
| January | 23364702T | GARCIA CISNEROS, PEDRO | $20.00 | + |
| January | 23364702R | GARCIA CISNEROS, PEDRO | $20.00 | + |
| January | 23369226T | RAMIREZ BAMACA, HELMER | $23.00 | + |
| January | 23369226R | RAMIREZ BAMACA, HELMER | $23.00 | + |
| January | 23369576t | BROWN, ABIGAIL | $20.00 | + |
| January | 233695761 | BROWN, ABIGAIL | $20.00 | + |
| January | 233695762 | BROWN, ABIGAIL | $20.00 | + |
| January | 23369576r | BROWN, ABIGAIL | $20.00 | + |

| January | 23569727T | DUZINKEWYCZ, AVAIAH | $23.00 | + |
| January | 23569162T | PRITCHETT, SYRA | $23.00 | + |
| January | 235691621 | PRITCHETT, SYRA | $23.00 | + |
| January | 235691622 | PRITCHETT, SYRA | $23.00 | + |
| January | 23569162R | PRITCHETT, SYRA | $23.00 | + |
| January | 23568994T | MOBILIA, LUNA | $18.50 | + |
| January | 23568994R | MOBILIA, LUNA | $18.50 | + |
| January | 23369088T | PACHECO SANTANA, JENNIFER | $47.00 | + |
| January | 23369088R | PACHECO SANTANA, JENNIFER | $47.00 | + |
| January | 23367633T | NAVARRO GREGORI, JOVANNI | $58.15 | + |
| January | 23367633R | NAVARRO GREGORI, JOVANNI | $58.15 | + |
| January | 23365304T | GOODNIGHT, JOCELYN | $53.00 | + |
| January | 23365304R | GOODNIGHT, JOCELYN | $53.00 | + |
| January | 234592652 | JOHNSON, JUDAH | $23.00 | + |
| January | 23459265R | JOHNSON, JUDAH | $23.00 | + |
| January | 23576027T | LADD, AALIYAH | $34.10 | + |
| January | 235760271 | LADD, AALIYAH | $34.10 | + |
| January | 23459265T | JOHNSON, JUDAH | $23.00 | + |
| January | 234592651 | JOHNSON, JUDAH | $23.00 | + |
| January | 23366736T | MOHR, TIFFANY | $20.00 | + |
| January | 23366736R | MOHR, TIFFANY | $20.00 | + |
| January | 233837142 | SHEPPARD, JACEIA | $24.85 | |
| January | 23569168T | PRITCHETT, SYRA | $23.00 | + |
| January | 235691681 | PRITCHETT, SYRA | $23.00 | + |
| January | 235691682 | PRITCHETT, SYRA | $23.00 | + |
| January | 23569168R | PRITCHETT, SYRA | $23.00 | + |
| January | 23569000R | MOBILIA, LUNA | $18.50 | + |
| January | 23569000t | MOBILIA, LUNA | $18.50 | + |
| January | 235690001 | MOBILIA, LUNA | $18.50 | + |
| January | 23383724T | SHEPPARD, JACEIA | $24.85 | + |
| January | 233837241 | SHEPPARD, JACEIA | $24.85 | + |
| January | 233837242 | SHEPPARD, JACEIA | $24.85 | + |
| January | 23383724R | SHEPPARD, JACEIA | $24.85 | + |
| January | 23369096T | PACHECO SANTANA, JENNIFER | $47.00 | + |
| January | 23369096R | PACHECO SANTANA, JENNIFER | $47.00 | + |
| January | 23367637T | NAVARRO GREGORI, JOVANNI | $58.15 | + |
| January | 23367637R | NAVARRO GREGORI, JOVANNI | $58.15 | + |
| January | 23366754T | MOHR, TIFFANY | $20.00 | + |
| January | 23366754R | MOHR, TIFFANY | $20.00 | + |

| | | | | |
|---|---|---|---|---|
| January | 23397787 | ANA FERNANDEZ | $64.50 | |
| January | 23498768 | JAYLA MARTINEZ | $127.00 | |
| January | 23535297 | JANET FERNANDEZ | $46.00 | |
| January | 233769031 | JAVON ROSS | $74.00 | + |
| January | 233769032 | JAVON ROSS | $74.00 | + |
| January | 23376903R | JAVON ROSS | $74.00 | + |
| January | 23376903T | JAVON ROSS | $74.00 | + |
| January | 23364716T | GARCIA CISNEROS, PEDRO | $20.00 | + |
| January | 23364716R | GARCIA CISNEROS, PEDRO | $20.00 | + |
| January | 233833011 | PARZ, MARAH | $23.00 | + |
| January | 233833012 | PARZ, MARAH | $23.00 | + |
| January | 23383301R | PARZ, MARAH | $23.00 | + |
| January | 23383301T | PARZ, MARAH | $23.00 | + |
| January | 23363544R | GARCIA, GISSETTE | $17.30 | + |
| January | 23576035T | LADD, AALIYAH | $34.10 | + |
| January | 235760351 | LADD, AALIYAH | $34.10 | + |
| January | 23364716T | GARCIA CISNEROS, PEDRO | $20.00 | + |
| January | 23364716R | GARCIA CISNEROS, PEDRO | $20.00 | + |
| January | 23366754T | MOHR, TIFFANY | $20.00 | + |
| January | 23366754R | MOHR, TIFFANY | $20.00 | + |
| January | 23569006t | Luna Mobila | $18.50 | + |
| January | 23569006r | Luna Mobila | $18.50 | + |
| January | 23365335t | GOODNIGHT, JOCELYN | $53.00 | + |
| January | 233653352 | GOODNIGHT, JOCELYN | $53.00 | + |
| January | 23365335r | GOODNIGHT, JOCELYN | $53.00 | + |
| January | 23569130t | JESUS WRIGHT | $23.00 | + |
| January | 235691301 | JESUS WRIGHT | $23.00 | + |
| January | 23569752T | DUZINKEWYCZ, AVAIAH | $23.00 | + |
| January | 23369106T | PACHECO SANTANA, JENNIFER | $47.00 | + |
| January | 23369106R | PACHECO SANTANA, JENNIFER | $47.00 | + |
| January | 23367647T | NAVARRO GREGORI, JOVANNI | $58.15 | + |
| January | 23367647R | NAVARRO GREGORI, JOVANNI | $58.15 | + |
| January | 23365848T | JERONIMO PABLO, ALFONSO | $58.15 | + |
| January | 23365848R | JERONIMO PABLO, ALFONSO | $58.15 | + |
| January | 23369592T | BROWN, ABIGAIL | $20.00 | + |
| January | 23369592R | BROWN, ABIGAIL | $20.00 | + |
| January | 23369266t | RAMIREZ BAMACA, HELMER | $23.00 | + |

| | | | | |
|---|---|---|---|---|
| January | 23369266r | RAMIREZ BAMACA, HELMER | $23.00 | + |
| January | 23536075t | SHERRY HAMMOND | $34.00 | + |
| January | 23536075r | SHERRY HAMMOND | $34.00 | + |
| January | 23364726T | GARCIA CISNEROS, PEDRO | $20.00 | + |
| January | 23364726R | GARCIA CISNEROS, PEDRO | $20.00 | + |
| January | 233799101 | WATERMAN, JOSHUA | $23.00 | + |
| January | 233799102 | WATERMAN, JOSHUA | $23.00 | + |
| January | 23379910R | WATERMAN, JOSHUA | $23.00 | + |
| January | 23379910T | WATERMAN, JOSHUA | $23.00 | + |
| January | 23363556R | GARCIA, GISSETTE | $17.30 | + |
| January | 23404860T | JAYDEN PETTIFER | $23.00 | + |
| January | 23569175T | PRITCHETT, SYRA | $23.00 | + |
| January | 235691751 | PRITCHETT, SYRA | $23.00 | + |
| January | 235691752 | PRITCHETT, SYRA | $23.00 | + |
| January | 23569175R | PRITCHETT, SYRA | $23.00 | + |
| January | 23383755T | SHEPPARD, JACEIA | $24.85 | + |
| January | 233837551 | SHEPPARD, JACEIA | $24.85 | + |
| January | 233837552 | SHEPPARD, JACEIA | $24.85 | + |
| January | 23383755R | SHEPPARD, JACEIA | $24.85 | + |
| January | 23369284t | RAMIREZ BAMACA, HELMER | $23.00 | + |
| January | 23369284r | RAMIREZ BAMACA, HELMER | $23.00 | + |
| January | 23569140 | JESUS WRIGHT | $23.00 | + |
| January | 23569140 | JESUS WRIGHT | $23.00 | + |
| January | 23369110T | PACHECO SANTANA, JENNIFER | $47.00 | + |
| January | 23369110R | PACHECO SANTANA, JENNIFER | $47.00 | + |
| January | 23367658T | NAVARRO GREGORI, JOVANNI | $58.15 | + |
| January | 23367658R | NAVARRO GREGORI, JOVANNI | $58.15 | + |
| January | 23621408T | JERONIMO PABLO, ALFONSO | $58.15 | + |
| January | 23621408R | JERONIMO PABLO, ALFONSO | $58.15 | + |
| January | 23365344T | GOODNIGHT, JOCELYN | $53.00 | + |
| January | 233653441 | GOODNIGHT, JOCELYN | $53.00 | + |
| January | 23364732T | GARCIA CISNEROS, PEDRO | $20.00 | + |
| January | 23364732R | GARCIA CISNEROS, PEDRO | $20.00 | + |
| January | 23353916 | ELIJAH CARDONA | $25.00 | |
| January | 23510067 | GLENDOLYN QUASHIE | $331.00 | + |

| Month | ID | Name | Amount | |
|---|---|---|---|---|
| January | 23369284T | RAMIREZ BAMACA, HELMER | $23.00 | + |
| January | 23363568R | GARCIA, GISSETTE | $17.30 | + |
| January | 23369284R | RAMIREZ BAMACA, HELMER | $23.00 | + |
| January | 23404865T | JAYDEN PETTIFER | $23.00 | + |
| January | 23569191T | PRITCHETT, SYRA | $23.00 | + |
| January | 235691911 | PRITCHETT, SYRA | $23.00 | + |
| January | 235691912 | PRITCHETT, SYRA | $23.00 | + |
| January | 23569191R | PRITCHETT, SYRA | $23.00 | + |
| January | 23569014R | MOBILIA, LUNA | $18.50 | + |
| January | 23383773T | SHEPPARD, JACEIA | $24.85 | + |
| January | 233837731 | SHEPPARD, JACEIA | $24.85 | + |
| January | 233837732 | SHEPPARD, JACEIA | $24.85 | + |
| January | 23383773R | SHEPPARD, JACEIA | $24.85 | + |
| January | 23369595T | BROWN, ABIGAIL | $20.00 | + |
| January | 233695951 | BROWN, ABIGAIL | $20.00 | + |
| January | 233695952 | BROWN, ABIGAIL | $20.00 | + |
| January | 23369595R | BROWN, ABIGAIL | $20.00 | + |
| January | 23406718R | PAYNE, JACOB | $23.00 | + |
| January | 23569126T | HUMISTON JAMES, YARIELLE | $23.00 | + |
| January | 235691261 | HUMISTON JAMES, YARIELLE | $23.00 | + |
| January | 235691262 | HUMISTON JAMES, YARIELLE | $23.00 | + |
| January | 23569126R | HUMISTON JAMES, YARIELLE | $23.00 | + |
| January | 23383797T | SHEPPARD, JACEIA | $24.85 | + |
| January | 233837971 | SHEPPARD, JACEIA | $24.85 | + |
| January | 233837972 | SHEPPARD, JACEIA | $24.85 | + |
| January | 23383797R | SHEPPARD, JACEIA | $24.85 | + |
| January | 23378843T | WATERMAN, FAYTHE | $23.00 | + |
| January | 233788431 | WATERMAN, FAYTHE | $23.00 | + |
| January | 233788432 | WATERMAN, FAYTHE | $23.00 | + |
| January | 23378843R | WATERMAN, FAYTHE | $23.00 | + |
| January | 23375180t | Barton Kapriece | $23.00 | + |
| January | 233751801 | Barton Kapriece | $23.00 | + |
| January | 233751802 | Barton Kapriece | $23.00 | + |
| January | 23375180r | Barton Kapriece | $23.00 | + |
| January | 22987771t | barton, KAPRIECE | $23.00 | + |
| January | 229877711 | barton, KAPRIECE | $23.00 | + |
| January | 229877712 | barton, KAPRIECE | $23.00 | + |
| January | 22987771r | barton, KAPRIECE | $23.00 | + |
| January | 23569721T | DUZINKEWYCZ, AVAIAH | $23.00 | + |
| January | 23397778 | ANA FERNANDEZ | $64.50 | |

| January | 23560000 | CHRISTOPHER WALTON | $88.00 | + |
|---------|----------|--------------------|--------|---|
| January | 23637409 | PATRICK MOORE | $67.00 | + |
| January | 233827201 | PEOPLES, JALIYAH | $12.50 | + |
| January | 233827202 | PEOPLES, JALIYAH | $12.50 | + |
| January | 23382720T | PEOPLES, JALIYAH | $12.50 | + |
| January | 233832751 | PARZ, MARAH | $23.00 | + |
| January | 233832752 | PARZ, MARAH | $23.00 | + |
| January | 23383275R | PARZ, MARAH | $23.00 | + |
| January | 23383275T | PARZ, MARAH | $23.00 | + |
| January | 236002662 | MAXWELL, XZAVIER | $23.00 | + |
| January | 23600266R | MAXWELL, XZAVIER | $23.00 | + |
| January | 23569157T | PRITCHETT, SYRA | $23.00 | + |
| January | 235691571 | PRITCHETT, SYRA | $23.00 | + |
| January | 235691572 | PRITCHETT, SYRA | $23.00 | + |
| January | 23569157R | PRITCHETT, SYRA | $23.00 | + |
| January | 23636652T | MOBILIA, LUNA | $18.50 | + |
| January | 23569078T | HUMISTON JAMES, YARIELLE | $23.00 | + |
| January | 235690781 | HUMISTON JAMES, YARIELLE | $23.00 | + |
| January | 235690782 | HUMISTON JAMES, YARIELLE | $23.00 | + |
| January | 23569078R | HUMISTON JAMES, YARIELLE | $23.00 | + |
| January | 23383709T | SHEPPARD, JACEIA | $24.85 | + |
| January | 233837091 | SHEPPARD, JACEIA | $24.85 | + |
| January | 233837092 | SHEPPARD, JACEIA | $24.85 | + |
| January | 23383709R | SHEPPARD, JACEIA | $24.85 | + |
| January | 235779841 | FRAZIER, CHRISTOPHE | $27.50 | + |
| January | 235779842 | FRAZIER, CHRISTOPHE | $27.50 | + |
| January | 23577984R | FRAZIER, CHRISTOPHE | $27.50 | + |
| January | 23577984T | FRAZIER, CHRISTOPHE | $27.50 | + |
| January | 23366732t | MOHR, TIFFANY | $20.00 | + |
| January | 23366732r | MOHR, TIFFANY | $20.00 | + |
| January | 23569105 | JESUS WRIGHT | $23.00 | + |
| January | 23569105 | JESUS WRIGHT | $23.00 | + |
| January | 23569105 | JESUS WRIGHT | $23.00 | + |
| January | 23569105 | JESUS WRIGHT | $23.00 | + |
| January | 23375097 | barton, KAPRIECE | $23.00 | + |
| January | 23375097 | barton, KAPRIECE | $23.00 | + |
| January | 23569113 | JESUS WRIGHT | $23.00 | + |
| January | 23569113 | JESUS WRIGHT | $23.00 | + |
| January | 23375101 | barton, KAPRIECE | $23.00 | + |
| January | 23375101 | barton, KAPRIECE | $23.00 | + |
| January | 23375101 | barton, KAPRIECE | $23.00 | + |

| | | | | |
|---|---|---|---|---|
| January | 23375101 | barton, KAPRIECE | $23.00 | + |
| January | 23569728T | DUZINKEWYCZ, AVAIAH | $23.00 | |
| January | 23629079 | JULIA CASTILLO | $25.00 | |
| January | 233787931 | WATERMAN, FAYTHE | $23.00 | + |
| January | 233787932 | WATERMAN, FAYTHE | $23.00 | + |
| January | 23378793R | WATERMAN, FAYTHE | $23.00 | + |
| January | 23378793T | WATERMAN, FAYTHE | $23.00 | + |
| January | 233798901 | WATERMAN, JOSHUA | $23.00 | + |
| January | 233798902 | WATERMAN, JOSHUA | $23.00 | + |
| January | 23379890R | WATERMAN, JOSHUA | $23.00 | + |
| January | 23379890T | WATERMAN, JOSHUA | $23.00 | + |
| January | 233832891 | PARZ, MARAH | $23.00 | + |
| January | 233832892 | PARZ, MARAH | $23.00 | + |
| January | 23383289R | PARZ, MARAH | $23.00 | + |
| January | 23383289T | PARZ, MARAH | $23.00 | + |
| January | 23569163T | PRITCHETT, SYRA | $23.00 | + |
| January | 235691631 | PRITCHETT, SYRA | $23.00 | + |
| January | 235691632 | PRITCHETT, SYRA | $23.00 | + |
| January | 23569163R | PRITCHETT, SYRA | $23.00 | + |
| January | 23636659T | MOBILIA, LUNA | $18.50 | + |
| January | 236366591 | MOBILIA, LUNA | $18.50 | + |
| January | 236366592 | MOBILIA, LUNA | $18.50 | + |
| January | 23636659R | MOBILIA, LUNA | $18.50 | + |
| January | 23569084T | HUMISTON JAMES, YARIELLE | $23.00 | + |
| January | 235690841 | HUMISTON JAMES, YARIELLE | $23.00 | |
| January | 235690842 | HUMISTON JAMES, YARIELLE | $23.00 | |
| January | 23569084R | HUMISTON JAMES, YARIELLE | $23.00 | + |
| January | 23383716T | SHEPPARD, JACEIA | $24.85 | + |
| January | 233837161 | SHEPPARD, JACEIA | $24.85 | + |
| January | 233837162 | SHEPPARD, JACEIA | $24.85 | + |
| January | 23383716R | SHEPPARD, JACEIA | $24.85 | + |
| January | 23369583t | BROWN, ABIGAIL | $20.00 | + |
| January | 233695831 | BROWN, ABIGAIL | $20.00 | + |
| January | 233695832 | BROWN, ABIGAIL | $20.00 | + |
| January | 23369583r | BROWN, ABIGAIL | $20.00 | + |
| January | 23404851t | pattifer jaydyn | $18.50 | + |
| January | 235779901 | FRAZIER, CHRISTOPHE | $27.50 | |
| January | 235779902 | FRAZIER, CHRISTOPHE | $27.50 | |
| January | 23577990R | FRAZIER, CHRISTOPHE | $27.50 | |
| January | 23577990T | FRAZIER, CHRISTOPHE | $27.50 | |
| January | 235697401 | DUZINKEWYCZ, AVAIAH | $23.00 | + |

| | | | | |
|---|---|---|---|---|
| January | 23569740T | DUZINKEWYCZ, AVAIAH | $23.00 | + |
| January | 23569169T | PRITCHETT, SYRA | $23.00 | + |
| January | 235691691 | PRITCHETT, SYRA | $23.00 | + |
| January | 235691692 | PRITCHETT, SYRA | $23.00 | + |
| January | 23569169R | PRITCHETT, SYRA | $23.00 | + |
| January | 23569090T | HUMISTON JAMES, YARIELLE | $23.00 | + |
| January | 235690901 | HUMISTON JAMES, YARIELLE | $23.00 | + |
| January | 235690902 | HUMISTON JAMES, YARIELLE | $23.00 | + |
| January | 23569090R | HUMISTON JAMES, YARIELLE | $23.00 | + |
| January | 23383730T | SHEPPARD, JACEIA | $24.85 | + |
| January | 233837301 | SHEPPARD, JACEIA | $24.85 | + |
| January | 23383730R | SHEPPARD, JACEIA | $24.85 | + |
| January | 233837302 | SHEPPARD, JACEIA | $24.85 | + |
| January | 23467230t | JAZAEL OROPEZA-RIOS | $25.00 | + |
| January | 23467230r | JAZAEL OROPEZA-RIOS | $25.00 | + |
| January | 23620663 | JUANITA PATTESON | $118.00 | + |
| January | 23642372 | MARIO BUROCHER | $58.00 | + |
| January | 23654730T | JEREMY BEEVER JR | $12.50 | + |
| January | 233788031 | WATERMAN, FAYTHE | $23.00 | + |
| January | 233788032 | WATERMAN, FAYTHE | $23.00 | + |
| January | 23378803R | WATERMAN, FAYTHE | $23.00 | + |
| January | 23378803T | WATERMAN, FAYTHE | $23.00 | + |
| January | 233799041 | WATERMAN, JOSHUA | $23.00 | + |
| January | 233799042 | WATERMAN, JOSHUA | $23.00 | + |
| January | 23379904R | WATERMAN, JOSHUA | $23.00 | + |
| January | 23379904T | WATERMAN, JOSHUA | $23.00 | + |
| January | 236002852 | MAXWELL, XZAVIER | $23.00 | + |
| January | 23600285R | MAXWELL, XZAVIER | $23.00 | + |
| January | 233833021 | PARZ, MARAH | $23.00 | + |
| January | 233833022 | PARZ, MARAH | $23.00 | + |
| January | 23383302R | PARZ, MARAH | $23.00 | + |
| January | 23383302T | PARZ, MARAH | $23.00 | + |
| January | 23654730R | JEREMY BEEVER JR | $12.50 | + |
| January | 23686163R | GOMEZ ALVARADO, ALAN | $23.00 | + |
| January | 23686163T | GOMEZ ALVARADO, ALAN | $23.00 | + |
| January | 235779981 | FRAZIER, CHRISTOPHE | $27.50 | + |
| January | 235779982 | FRAZIER, CHRISTOPHE | $27.50 | + |
| January | 23577998R | FRAZIER, CHRISTOPHE | $27.50 | + |
| January | 23577998T | FRAZIER, CHRISTOPHE | $27.50 | + |
| February | 23378413 | DKARION REYNOLS | $37.00 | |