| Month | Number | Name | Amount | |
|---|---|---|---|---|
| February | 23431427 | GINA DOSTER | $58.00 | |
| February | 23464961 | SHADOW CLANCY | $108.90 | |
| February | 23483613 | BARBARA NORDELO | $25.00 | |
| February | 23369255t | RAMIREZ BAMACA, HELMER | $23.00 | + |
| February | 23369255r | RAMIREZ BAMACA, HELMER | $23.00 | + |
| February | 236404335T | Ezekiel Garcia | $18.50 | |
| February | 23604335R | Ezekiel Garcia | $18.50 | |
| February | 23567862 | MISHLER, DON | $12.50 | |
| February | 235692152 | WHITAKER RUSSEL, EDDIE | $18.50 | + |
| February | 23569215r | WHITAKER RUSSEL, EDDIE | $18.50 | + |
| February | 23603472 | HUMBERTO SOLIS-DIAZ | $307.00 | + |
| February | 23616168 | TINA WEEKS | $94.00 | + |
| February | 23616420 | HUGO BERMUDEZ | $181.00 | + |
| February | 23629694 | ALYNA ALVARADO-LOPEZ | $379.00 | + |
| February | 23637347 | GLENDOLYN QUASHIE | $25.00 | + |
| February | 23667619t | SARA MATZICOFF | $517.00 | + |
| February | 23672379 | ERROL SWABY | $25.00 | |
| February | 23673549t | SMITH WIGGINS FREDRICKA | $25.00 | + |
| February | 23673549r | SMITH WIGGINS FREDRICKA | $25.00 | + |
| February | 233827821 | PEOPLES, JALIYAH | $74.00 | + |
| February | 233827822 | PEOPLES, JALIYAH | $74.00 | + |
| February | 23382782R | PEOPLES, JALIYAH | $74.00 | + |
| February | 23382782T | PEOPLES, JALIYAH | $74.00 | + |
| February | 23376937T | JAVON ROSS | $74.00 | + |
| February | 233769371 | JAVON ROSS | $74.00 | + |
| February | 233769372 | JAVON ROSS | $74.00 | + |
| February | 23376937R | JAVON ROSS | $74.00 | + |
| February | 235780041 | FRAZIER, CHRISTOPHE | $27.50 | + |
| February | 235780042 | FRAZIER, CHRISTOPHE | $27.50 | + |
| February | 23578004R | FRAZIER, CHRISTOPHE | $27.50 | + |
| February | 23578004T | FRAZIER, CHRISTOPHE | $27.50 | + |
| February | 23652597t | Waterman Joshua | $18.50 | + |
| February | 23652495t | WATERMAN, FAYTHE | $18.50 | + |
| February | 23569097t | HUMISTON JAMES, YARIELLE | $23.00 | + |
| February | 235690971 | HUMISTON JAMES, YARIELLE | $23.00 | + |
| February | 235690972 | HUMISTON JAMES, YARIELLE | $23.00 | + |
| February | 23569097r | HUMISTON JAMES, YARIELLE | $23.00 | + |

| Month | Number | Name | Amount | |
|---|---|---|---|---|
| February | 23569176t | syra pritchett | $23.00 | + |
| February | 235691761 | syra pritchett | $23.00 | + |
| February | 235691762 | syra pritchett | $23.00 | + |
| February | 23569176r | syra pritchett | $23.00 | + |
| February | 23383759t | SHEPPARD, JACEIA | $24.85 | + |
| February | 233837591 | SHEPPARD, JACEIA | $24.85 | + |
| February | 233837592 | SHEPPARD, JACEIA | $24.85 | + |
| February | 23383759r | SHEPPARD, JACEIA | $24.85 | + |
| February | 23636672t | luna mobila | $18.50 | + |
| February | 23574056 | hugo lopez | $208.00 | + |
| February | 23378812t | WATERMAN, FAYTHE | $23.00 | + |
| February | 233788121 | WATERMAN, FAYTHE | $23.00 | + |
| February | 233788122 | WATERMAN, FAYTHE | $23.00 | + |
| February | 23378812r | WATERMAN, FAYTHE | $23.00 | + |
| February | 23397798 | fernandez ana | $64.50 | + |
| February | 23397804 | fernandez ana | $64.50 | + |
| February | 23569107t | HUMISTON JAMES, YARIELLE | $23.00 | + |
| February | 23383775t | SHEPPARD, JACEIA | $24.85 | + |
| February | 233837751 | SHEPPARD, JACEIA | $24.85 | + |
| February | 233837752 | SHEPPARD, JACEIA | $24.85 | + |
| February | 23383775r | SHEPPARD, JACEIA | $24.85 | + |
| February | 23378825T | WATERMAN, FAYTHE | $23.00 | + |
| February | 233788251 | WATERMAN, FAYTHE | $23.00 | + |
| February | 233788252 | WATERMAN, FAYTHE | $23.00 | + |
| February | 23378825R | WATERMAN, FAYTHE | $23.00 | + |
| February | 23430327 | THOMAS, DAVID | $14.10 | + |
| February | 23430327 | THOMAS, DAVID | $14.10 | + |
| February | 23431431 | GINA DOSTER | $58.00 | + |
| February | 23553963 | JEFFREY LAUTERBACH | $118.00 | + |
| February | 23567866 | MISHLER, DON | $12.50 | + |
| February | 23567866 | MISHLER, DON | $12.50 | + |
| February | 23569232 | WHITAKER RUSSEL, EDDIE | $55.50 | |
| February | 23615045 | DIANE SCHUBERT | $25.00 | + |
| February | 23628651 | BULLIS DARLENE | $82.00 | + |
| February | 23635331 | PHOEBEMARI POLYNICE | $106.00 | + |
| February | 23636055 | MARIA CAPRILES | $25.00 | + |
| February | 23637389 | QUASHIE GLENDOLIN | $25.00 | + |
| February | 23645994 | KATHY OWENS | $43.00 | |
| February | 23652854 | CARDONA ELIJAH | $25.00 | + |
| February | 23677629T | MERRILL, SAMANTHA | $37.00 | + |
| February | 23677629R | MERRILL, SAMANTHA | $37.00 | + |
| February | 23697858 | WYATT BROWN III | $103.00 | + |

| February | 236650971 | PEOPLES, JALIYAH | $74.00 | + |
| February | 236650972 | PEOPLES, JALIYAH | $74.00 | + |
| February | 23665097R | PEOPLES, JALIYAH | $74.00 | + |
| February | 23665097T | PEOPLES, JALIYAH | $74.00 | + |
| February | 23376953T | JAVON ROSS | $74.00 | + |
| February | 233769531 | JAVON ROSS | $74.00 | + |
| February | 233769532 | JAVON ROSS | $74.00 | + |
| February | 23376953R | JAVON ROSS | $74.00 | + |
| February | 235780121 | FRAZIER, CHRISTOPHE | $27.50 | + |
| February | 235780122 | FRAZIER, CHRISTOPHE | $27.50 | + |
| February | 23578012R | FRAZIER, CHRISTOPHE | $27.50 | + |
| February | 23578012T | FRAZIER, CHRISTOPHE | $27.50 | + |
| February | 23611612t | BROWN, ABIGAIL | $20.00 | + |
| February | 236116121 | BROWN, ABIGAIL | $20.00 | + |
| February | 23616122 | BROWN, ABIGAIL | $20.00 | + |
| February | 23611612r | BROWN, ABIGAIL | $20.00 | + |
| February | 23486544R | HILSON CMORI | $14.10 | + |
| February | 24940528t | DIXON DEANI | $25.00 | + |
| February | 249405281 | DIXON DEANI | $25.00 | + |
| February | 249405282 | DIXON DEANI | $25.00 | + |
| February | 24940528r | DIXON DEANI | $25.00 | + |
| February | 23485375T | JACOB PAYNE | $23.00 | + |
| February | 23485375R | JACOB PAYNE | $23.00 | + |
| February | 23487620T | NASSIR JOHNSON | $18.50 | + |
| February | 23487620R | NASSIR JOHNSON | $18.50 | + |
| February | 23431436 | GINA DOSTER | $58.00 | |
| February | 23569128t | HUMISTON JAMES, YARIELLE | $23.00 | + |
| February | 235691281 | HUMISTON JAMES, YARIELLE | $23.00 | + |
| February | 235691282 | HUMISTON JAMES, YARIELLE | $23.00 | + |
| February | 23569128r | HUMISTON JAMES, YARIELLE | $23.00 | + |
| February | 23605676R | GISETTE GARCIA | $25.00 | + |
| February | 23378847t | WATERMAN, FAYTHE | $23.00 | + |
| February | 23378847r | WATERMAN, FAYTHE | $23.00 | + |
| February | 233788471 | WATERMAN, FAYTHE | $23.00 | + |
| February | 233788472 | WATERMAN, FAYTHE | $23.00 | + |
| February | 23523000 | ELLEN BETHEL | $25.00 | + |
| February | 23523000 | ELLEN BETHEL | $25.00 | + |
| February | 23567900 | MISHLER, DON | $23.70 | + |
| February | 23567900 | MISHLER, DON | $23.70 | + |
| February | 23569239 | WHITAKER RUSSEL, EDDIE | $37.00 | |
| February | 23664664 | KING, TIERA | $74.00 | |

| Month | Number | Name | Amount | |
|---|---|---|---|---|
| February | 23669682 | MISHLER, DON | $12.50 | + |
| February | 23669682 | MISHLER, DON | $12.50 | + |
| February | 23677636T | MERRILL, SAMANTHA | $25.00 | + |
| February | 23677636R | MERRILL, SAMANTHA | $25.00 | + |
| February | 23741158 | CANDACE MALIK | $25.00 | + |
| February | 23383355t | PARZ, MARAH | $23.00 | + |
| February | 233833551 | PARZ, MARAH | $23.00 | + |
| February | 233833552 | PARZ, MARAH | $23.00 | + |
| February | 23383355r | PARZ, MARAH | $23.00 | + |
| February | 23383809t | SHEPPARD, JACEIA | $24.85 | + |
| February | 233838091 | SHEPPARD, JACEIA | $24.85 | + |
| February | 233838092 | SHEPPARD, JACEIA | $24.85 | + |
| February | 23383809r | SHEPPARD, JACEIA | $24.85 | + |
| February | 23376970T | JAVON ROSS | $74.00 | |
| February | 23430311 | THOMAS, DAVID | $14.10 | |
| February | 23431413 | GINA DOSTER | $58.00 | + |
| February | 23567872 | MISHLER, DON | $23.70 | |
| February | 23646898 | SHANNYN WALL | $73.00 | |
| February | 23677603T | MERRILL, SAMANTHA | $25.00 | |
| February | 23677603R | MERRILL, SAMANTHA | $25.00 | |
| February | 23569079t | HUMISTON JAMES, YARIELLE | $23.00 | + |
| February | 235690791 | HUMISTON JAMES, YARIELLE | $23.00 | + |
| February | 235690792 | HUMISTON JAMES, YARIELLE | $23.00 | + |
| February | 23569079r | HUMISTON JAMES, YARIELLE | $23.00 | + |
| February | 23665498t | SHEPPARD, JACEIA | $24.85 | + |
| February | 236654981 | SHEPPARD, JACEIA | $24.85 | + |
| February | 236654982 | SHEPPARD, JACEIA | $24.85 | + |
| February | 23665498r | SHEPPARD, JACEIA | $24.85 | + |
| February | 23665884T | WATERMAN, FAYTHE | $23.00 | + |
| February | 236658841 | WATERMAN, FAYTHE | $23.00 | + |
| February | 236658842 | WATERMAN, FAYTHE | $23.00 | + |
| February | 23665884R | WATERMAN, FAYTHE | $23.00 | + |
| February | 23665134T | WATERMAN, JOSHUA | $23.00 | + |
| February | 236651341 | WATERMAN, JOSHUA | $23.00 | + |
| February | 236651342 | WATERMAN, JOSHUA | $23.00 | + |
| February | 23665134R | WATERMAN, JOSHUA | $23.00 | + |
| February | 23600268T | MAXWELL, XZAVIER | $23.00 | + |
| February | 236002681 | MAXWELL, XZAVIER | $23.00 | + |
| February | 236002682 | MAXWELL, XZAVIER | $23.00 | + |
| February | 23600268R | MAXWELL, XZAVIER | $23.00 | + |
| February | 23665413T | PARZ, MARAH | $23.00 | + |

| February | 236654131 | PARZ, MARAH | $23.00 | + |
| February | 236654132 | PARZ, MARAH | $23.00 | + |
| February | 23665413R | PARZ, MARAH | $23.00 | + |
| February | 23486481T | HILSON, CMORI | $25.00 | + |
| February | 23486481R | HILSON, CMORI | $25.00 | + |
| February | 23567853T | MISHLER, DON | $12.50 | + |
| February | 23567853R | MISHLER, DON | $12.50 | + |
| February | 23569189T | WHITAKER RUSSEL, EDDIE | $37.00 | + |
| February | 23569189R | WHITAKER RUSSEL, EDDIE | $37.00 | + |
| February | 23600558 | DARLENE BULLIS | $43.00 | |
| February | 23633511 | PETERSON BYRD | $115.00 | + |
| February | 23655070T | ZOYA TARASOVSKAYA | $25.00 | + |
| February | 23655070R | ZOYA TARASOVSKAYA | $25.00 | + |
| February | 23664753 | KING, TIERA | $55.50 | |
| February | 23677607T | MERRILL, SAMANTHA | $25.00 | + |
| February | 23677607R | MERRILL, SAMANTHA | $25.00 | + |
| February | 23685343t | VRYSON CRUZ | $145.00 | + |
| February | 23719024 | THOMAS, DAVID | $14.10 | + |
| February | 23719024 | THOMAS, DAVID | $14.10 | + |
| February | 23732077t | QUASHIE GLENDOLIN | $25.00 | + |
| February | 23732077r | QUASHIE GLENDOLIN | $25.00 | + |
| February | 23741429R | MCDOUGALL JENNIFER | $34.00 | + |
| February | 23684795 | ACOSTA, RAFAEL | $91.00 | + |
| February | 236650641 | PEOPLES, JALIYAH | $74.00 | + |
| February | 236650642 | PEOPLES, JALIYAH | $74.00 | + |
| February | 23665064R | PEOPLES, JALIYAH | $74.00 | + |
| February | 23665064T | PEOPLES, JALIYAH | $74.00 | + |
| February | 23605665R | GARCIA, GISSETTE | $17.30 | + |
| February | 23665418t | PARZ, MARAH | $23.00 | + |
| February | 236654181 | PARZ, MARAH | $23.00 | + |
| February | 236654182 | PARZ, MARAH | $23.00 | + |
| February | 23665418r | PARZ, MARAH | $23.00 | + |
| February | 23665890T | WATERMAN, FAYTHE | $23.00 | + |
| February | 236658901 | WATERMAN, FAYTHE | $23.00 | + |
| February | 236658902 | WATERMAN, FAYTHE | $23.00 | + |
| February | 23665890R | WATERMAN, FAYTHE | $23.00 | + |
| February | 23665149T | WATERMAN, JOSHUA | $23.00 | + |
| February | 236651491 | WATERMAN, JOSHUA | $23.00 | + |
| February | 236651492 | WATERMAN, JOSHUA | $23.00 | + |
| February | 23665149R | WATERMAN, JOSHUA | $23.00 | + |
| February | 23665069T | PEOPLES, JALIYAH | $12.50 | + |
| February | 236650691 | PEOPLES, JALIYAH | $12.50 | + |
| February | 236650692 | PEOPLES, JALIYAH | $12.50 | + |

| | | | | |
|---|---|---|---|---|
| February | 23665069R | PEOPLES, JALIYAH | $12.50 | + |
| February | 23569729T | DUZINKEWYCZ, AVAIAH | $23.00 | + |
| February | 23464956 | CLANCY SHADOW | $108.90 | + |
| February | 23567857 | MISHLER, DON | $12.50 | |
| February | 23569197 | WHITAKER RUSSEL, EDDIE | $74.00 | + |
| February | 23608920 | MARIA MARTINEZ-DIAZ | $85.00 | + |
| February | 23628681t | JIMMIE ELDRIDGE | $106.00 | + |
| February | 23655138T | TARASOVSKAYA ZOYA | $25.00 | |
| February | 23655138R | TARASOVSKAYA ZOYA | $25.00 | |
| February | 23659818 | CHERRY HAMMOND | $64.00 | |
| February | 23673398 | LEE BLACK | $100.00 | + |
| February | 23677614T | MERRILL, SAMANTHA | $25.00 | |
| February | 23677614R | MERRILL, SAMANTHA | $25.00 | + |
| February | 23706524 | RAMIREZ JESUS | $25.00 | + |
| February | 23707665 | GABRIEL GRIFFIN | $220.00 | |
| February | 23709384 | CINDERILLA WEST | $25.00 | + |
| February | 23718369t | THOMAS, DAVID | $14.10 | + |
| February | 23718369r | THOMAS, DAVID | $14.10 | |
| February | 23726466 | WILLIAM FORD | $25.00 | |
| February | 23727951 | DOSTER GINA | $58.00 | + |
| February | 23734815 | ALEJANDRO GUZMAN | $109.00 | |
| February | 23736428 | ORIA DIAZ | $79.00 | + |
| February | 23739823 | ANDY MENDOZA-MENDOZA | $106.00 | |
| February | 23745370 | CANNISTRACI THERESA | $61.00 | |
| February | 23760094 | DUDLEY WILLENE | $37.00 | |
| February | 236650691 | PEOPLES, JALIYAH | $74.00 | + |
| February | 236650692 | PEOPLES, JALIYAH | $74.00 | + |
| February | 23665069R | PEOPLES, JALIYAH | $74.00 | + |
| February | 23665069T | PEOPLES, JALIYAH | $74.00 | + |
| February | 23665507T | PARZ, MARAH | $23.00 | + |
| February | 236655071 | PARZ, MARAH | $23.00 | + |
| February | 236655072 | PARZ, MARAH | $23.00 | + |
| February | 23665507R | PARZ, MARAH | $23.00 | + |
| February | 23569085t | HUMISTON JAMES, YARIELLE | $23.00 | |
| February | 235690851 | HUMISTON JAMES, YARIELLE | $23.00 | |
| February | 235690852 | HUMISTON JAMES, YARIELLE | $23.00 | + |
| February | 23569085r | HUMISTON JAMES, YARIELLE | $23.00 | |
| February | 23757603 | fernandez ana | $64.50 | |
| February | 23757611 | fernandez ana | $64.50 | + |
| February | 23550060 | VICTORIA AVERY | $25.00 | + |

| | | | | |
|---|---|---|---|---|
| February | 23567860T | MISHLER, DON | $12.50 | + |
| February | 23567860R | MISHLER, DON | $12.50 | + |
| February | 23569206 | WHITAKER RUSSEL, EDDIE | $74.00 | + |
| February | 23581181 | NANCY FIGUEROA | $109.50 | + |
| February | 23664773 | KING, TIERA | $18.50 | |
| February | 23677618T | MERRILL, SAMANTHA | $25.00 | + |
| February | 23677618R | MERRILL, SAMANTHA | $25.00 | + |
| February | 23718392T | THOMAS, DAVID | $14.10 | + |
| February | 23718392R | THOMAS, DAVID | $14.10 | + |
| February | 23727767t | RAMIREZ JESUS | $25.00 | + |
| February | 23727767r | RAMIREZ JESUS | $25.00 | + |
| February | 23727952 | GINA DOSTER | $58.00 | + |
| February | 23665171T | WATERMAN, JOSHUA | $23.00 | + |
| February | 236651711 | WATERMAN, JOSHUA | $23.00 | + |
| February | 236651712 | WATERMAN, JOSHUA | $23.00 | + |
| February | 23665171R | WATERMAN, JOSHUA | $23.00 | + |
| February | 23665423T | PARZ, MARAH | $23.00 | + |
| February | 236654231 | PARZ, MARAH | $23.00 | + |
| February | 236654232 | PARZ, MARAH | $23.00 | + |
| February | 23665423R | DUZINKEWYCZ, AVAIAH | $23.00 | + |
| February | 23569742T | BARTON, KAPRIECE | $23.00 | + |
| February | 23605669R | GISETTE GARCIA | $25.00 | + |
| February | 23665895t | waterman faythe | $23.00 | + |
| February | 236658951 | waterman faythe | $23.00 | + |
| February | 236658952 | waterman faythe | $23.00 | + |
| February | 23665895r | waterman faythe | $23.00 | + |
| February | 23498775 | OLIVERA MERINO OSCAR | $20.50 | |
| February | 23757620 | fernandez ana | $64.50 | + |
| February | 23567863T | MISHLER, DON | $12.50 | + |
| February | 23567863R | MISHLER, DON | $12.50 | + |
| February | 23655208T | MERRILL, SAMANTHA | $25.00 | + |
| February | 23655208R | MERRILL, SAMANTHA | $25.00 | + |
| February | 23677625T | MERRILL, SAMANTHA | $46.00 | + |
| February | 23677625R | MERRILL, SAMANTHA | $25.00 | + |
| February | 23718406 | THOMAS, DAVID | $58.00 | + |
| February | 23757205 | PARZ, MARAH | $23.00 | + |
| February | 23665431T | PARZ, MARAH | $23.00 | + |
| February | 236654311 | PARZ, MARAH | $23.00 | + |
| February | 236654312 | PARZ, MARAH | $23.00 | + |
| February | 23665431R | PARZ, MARAH | $23.00 | + |
| February | 23569754T | DUZINKEWYCZ, AVAIAH | $23.00 | + |
| February | 236650811 | PEOPLES, JALIYAH | $74.00 | + |
| February | 236650812 | PEOPLES, JALIYAH | $74.00 | + |

| Month | ID | Name | Amount | |
|---|---|---|---|---|
| February | 23665081R | PEOPLES, JALIYAH | $74.00 | + |
| February | 23665081T | PEOPLES, JALIYAH | $74.00 | + |
| February | 23569098t | HUMISTON JAMES, YARIELLE | $23.00 | + |
| February | 235690981 | HUMISTON JAMES, YARIELLE | $23.00 | + |
| February | 235690982 | HUMISTON JAMES, YARIELLE | $23.00 | + |
| February | 23569098r | HUMISTON JAMES, YARIELLE | $23.00 | + |
| February | 23487190 | BRUMFIELD, LILY | $37.00 | |
| February | 23487544 | KYNSTON MORGAN | $37.00 | |
| February | 23564002 | CURTIN CRYSTAL | $28.00 | |
| February | 23600315T | MAXWELL, XZAVIER | $23.00 | + |
| February | 236003151 | MAXWELL, XZAVIER | $23.00 | + |
| February | 236003152 | MAXWELL, XZAVIER | $23.00 | + |
| February | 23600315R | MAXWELL, XZAVIER | $23.00 | + |
| February | 23665936t | waterman faythe | $23.00 | + |
| February | 236659361 | waterman faythe | $23.00 | + |
| February | 236659362 | waterman faythe | $23.00 | + |
| February | 23665936r | waterman faythe | $23.00 | + |
| February | 23569763t | avaiah duzinkewycz | $24.85 | + |
| February | 23665201t | Waterman Joshua | $23.00 | + |
| February | 236652011 | Waterman Joshua | $23.00 | + |
| February | 236652012 | Waterman Joshua | $23.00 | + |
| February | 23665201r | Waterman Joshua | $23.00 | + |
| February | 23665105t | PEOPLES, JALIYAH | $18.50 | + |
| February | 236651051 | PEOPLES, JALIYAH | $18.50 | + |
| February | 236651052 | PEOPLES, JALIYAH | $18.50 | + |
| February | 23665105r | PEOPLES, JALIYAH | $18.50 | + |
| February | 234876611 | BORA KASTRATI | $18.50 | + |
| February | 23757626 | ANA FERNANDEZ | $64.50 | + |
| February | 24949073r | santana jennifer pacheco | $47.00 | + |
| February | 23567875 | MISHLER, DON | $12.50 | + |
| February | 23567876 | MISHLER, DON | $12.50 | + |
| February | 23569131t | HUMISTON JAMES, YARIELLE | $23.00 | + |
| February | 235691311 | HUMISTON JAMES, YARIELLE | $23.00 | + |
| February | 235691312 | HUMISTON JAMES, YARIELLE | $23.00 | + |
| February | 23569131r | HUMISTON JAMES, YARIELLE | $23.00 | + |
| February | 23665986 | JAVON ROSS | $74.00 | |
| February | 23687479 | ELAINE PERALES | $37.00 | |
| February | 23809919 | CANDACE MALIK | $25.00 | |
| February | 24134700T | TIFFANY MOHR | $20.00 | + |

| Month | ID | Name | Amount | |
|---|---|---|---|---|
| February | 24134700R | TIFFANY MOHR | $20.00 | + |
| February | 23605680R | GISETTE GARCIA | $25.00 | + |
| February | 23687473 | ELAINE PERALES | $25.00 | + |
| February | 23727133 | JOSE GONZALES | $25.00 | |
| February | 23567873T | MISHLER, DON | $12.50 | + |
| February | 23567073R | MISHLER, DON | $12.50 | + |
| February | 23487661R | BORA KASTRATI | $18.50 | + |
| February | 23652931T | ELIJAH CARDONA | $25.00 | + |
| February | 23652931R | ELIJAH CARDONA | $25.00 | + |
| February | 23692560 | CHARLES REDDICK | $12.50 | + |
| February | 23583368T | BELLER, LAUREN | | + |
| February | 23583368R | BELLER, LAUREN | | |
| February | 23569190T | WHITAKER RUSSEL, EDDIE | $18.50 | + |
| February | 235691901 | WHITAKER RUSSEL, EDDIE | $18.50 | + |
| February | 23569190R | WHITAKER RUSSEL, EDDIE | $18.50 | |
| February | 23383318T | PARZ, MARAH | $23.00 | + |
| February | 233833181 | PARZ, MARAH | $23.00 | + |
| February | 233833182 | PARZ, MARAH | $23.00 | + |
| February | 23383318R | PARZ, MARAH | $23.00 | + |
| February | 23569753T | DUZINKEWYCZ, AVAIAH | $24.85 | + |
| February | 234872312 | JUDAH JOHNSON | $23.00 | + |
| February | 23487231R | JUDAH JOHNSON | $23.00 | + |
| February | 23569198 | WHITAKER RUSSEL, EDDIE | $37.00 | |
| February | 23664762 | KING, TIERA | $37.00 | |
| February | 23727958 | GINA DOSTER | $58.00 | |
| February | 23775315 | FARRAH PIRALI | $241.00 | + |
| February | 23789402R | DIXON DEANI | $25.00 | + |
| February | 23770605 | STEPHANIE M HILL | $58.00 | + |
| February | 23796336 | SONYA ARMSTRONG | $172.00 | |
| February | 23803488 | HUGO BERMUDEZ | $112.00 | + |
| February | 236649691 | DKARION REYNOLS | $25.00 | + |
| February | 236649692 | DKARION REYNOLS | $25.00 | + |
| February | 23633940t | ladd aaliyah | $34.10 | + |
| February | 236339401 | ladd aaliyah | $34.10 | + |
| February | 23804540 | ALFREDO SAYAGO-ROSAS | $97.00 | |
| February | 23805495 | SERGE ELIEN | $91.00 | |
| February | 23665076T | PEOPLES, JALIYAH | $18.50 | |
| February | 236650761 | PEOPLES, JALIYAH | $18.50 | |
| February | 236650762 | PEOPLES, JALIYAH | $18.50 | + |
| February | 23665076R | PEOPLES, JALIYAH | $18.50 | + |
| February | 23665897T | WATERMAN, FAYTHE | $23.00 | + |

| Month | Number | Name | Amount | |
|---|---|---|---|---|
| February | 236658971 | WATERMAN, FAYTHE | $23.00 | + |
| February | 236658972 | WATERMAN, FAYTHE | $23.00 | + |
| February | 23665897R | WATERMAN, FAYTHE | $23.00 | + |
| February | 23723510 | STEWART, BETH | $25.00 | |
| February | 23812460 | ELENA MOLINA | $43.00 | + |
| February | 23819380T | TINA MEISENHALDER | $34.00 | + |
| February | 23665718T | LEE DARYL | $23.00 | + |
| February | 236657181 | LEE DARYL | $23.00 | + |
| February | 236657182 | LEE DARYL | $23.00 | + |
| February | 23665718R | LEE DARYL | $23.00 | + |
| February | 23664801T | TIERA KING | $18.50 | + |
| February | 236648011 | TIERA KING | $18.50 | + |
| February | 236648012 | TIERA KING | $18.50 | + |
| February | 23664801R | TIERA KING | $18.50 | + |
| February | 23820948 | PHOEBEMARI POLYNICE | $114.00 | + |
| February | 23826084 | JEFFREY LAUTERBACH | $118.00 | + |
| February | 23830725 | NEREIDA MARTINEZ | $43.00 | + |
| February | 23833670 | MARLENE L HOMMEUS | $69.00 | + |
| February | 23837860T | ROBERTO VAZQUEZ | $25.00 | + |
| February | 23837860R | ROBERTO VAZQUEZ | $25.00 | + |
| February | 23569099T | HUMISTON JAMES, YARIELLE | $23.00 | + |
| February | 235690991 | HUMISTON JAMES, YARIELLE | $23.00 | + |
| February | 235690992 | HUMISTON JAMES, YARIELLE | $23.00 | + |
| February | 23569099R | HUMISTON JAMES, YARIELLE | $23.00 | + |
| February | 23652856T | ELIJAH CARDONA | $25.00 | + |
| February | 23652856R | ELIJAH CARDONA | $25.00 | + |
| February | 23727764 | SALEE BARBARA | $94.00 | |
| February | 23805497 | ELIEN SERGE | $91.00 | |
| February | 23833420 | SEGIEN RHEME | $141.00 | |
| February | 23838840 | BROWN III WYATT | $103.00 | |
| February | 23841382 | LOPEZ-ABARCA, ANAHI | $130.00 | + |
| February | 23846183 | COOPER MARY | $46.00 | |
| February | 23852865 | DAVIS JULIA | $25.00 | |
| February | 23600317R | MAXWELL, XZAVIER | $23.00 | + |
| February | 23665446R | PARZ, MARAH | $23.00 | + |
| February | 23665941R | WATERMAN, FAYTHE | $23.00 | + |
| February | 23487589t | nassir johnson | $18.50 | |
| February | 23487589r | nassir johnson | $18.50 | |
| February | 23750251t | JACK FUNNELL | $38.10 | + |
| February | 23750251r | JACK FUNNELL | $38.10 | + |
| February | 23852065T | JULIA DAVIS | $25.00 | + |

| | | | | |
|---|---|---|---|---|
| February | 23852065R | JULIA DAVIS | $25.00 | + |
| February | 23854802T | MAQUIN YULEIMY | $18.50 | + |
| February | 23854802R | MAQUIN YULEIMY | $18.50 | + |
| February | 23567876T | MISHLER, DON | $23.70 | + |
| February | 23567876R | MISHLER, DON | $23.70 | + |
| February | 23610991T | GOODNIGHT, JOCELYN | $53.00 | + |
| February | 23677639T | MERRILL, SAMANTHA | $25.00 | + |
| February | 23677639R | MERRILL, SAMANTHA | $25.00 | + |
| February | 23718424T | THOMAS, DAVID | $14.10 | + |
| February | 23718424R | THOMAS, DAVID | $14.10 | + |
| February | 23665392t | nixon ronde | $25.00 | + |
| February | 23665392r | nixon ronde | $25.00 | + |
| February | 23569220t | SYRA PRITCHETT | $23.00 | + |
| February | 235692202 | SYRA PRITCHETT | $23.00 | + |
| February | 23569220r | SYRA PRITCHETT | $23.00 | + |
| February | 235692201 | SYRA PRITCHETT | $23.00 | + |
| February | 23611637t | BROWN ABIGAIL | $20.00 | + |
| February | 236116372 | BROWN ABIGAIL | $20.00 | + |
| February | 23611637r | BROWN ABIGAIL | $20.00 | + |
| February | 236116371 | BROWN ABIGAIL | $20.00 | + |
| February | 23567874t | MISHLER, DON | $12.50 | + |
| February | 23567855 | MISHLER, DON | $12.50 | |
| February | 23790518 | FIGUEROA NANCY | $28.00 | |
| February | 23801605 | QUASHIE GLENDOLIN | $331.00 | |
| February | 23809853 | CASTELLANO-ANGE,RAMON | $211.00 | |
| February | 23811393 | CLANCY SHADOW | $408.60 | |
| February | 23838828 | EUGENE RIGGS | $76.00 | |
| February | 23840232 | BONCZYK SR,TIMOTHY | $97.00 | + |
| February | 23841997 | JADA ALDERMAN | $37.00 | |
| February | 23846754 | RODRIGO JUAREZ-CORTEZ | $112.00 | + |
| February | 23855979 | ANNIE BOYD | $46.00 | |
| February | 23831952 | ACOSTA, RAFAEL | $88.00 | |
| February | 23852880T | JULIA DAVIS | $25.00 | |
| February | 23615124 | BONCZYK SR,TIMOTHY | $88.00 | |
| February | 23569732r | avaiah duzinkewycz | $24.85 | |
| February | 23663224 | JENNIFER GONZALES | $25.00 | |
| February | 23752961 | BEEVER JR JEREMY | $181.00 | |
| February | 23784895 | AZANETH OROPEZA | $128.00 | |
| February | 23785080 | JAZAEL OROPEZA-RIOS | $110.00 | |
| February | 23835576 | ANGELA HERRERA | $337.00 | |
| February | 23844128 | BLACK LEE | $100.00 | |
| February | 23850444 | JONES JANYLA | $229.00 | |
| February | 23854955 | GONZALEZ CARLOS | $256.00 | + |

| Month | Number | Name | Amount | |
|---|---|---|---|---|
| February | 23860413 | ALVAREZ MARIA | $46.00 | + |
| February | 23869419 | PACHECO SANTANA, JENNIFER | $127.00 | |
| February | 236115662 | ABIGAIL BROWN | $20.00 | + |
| February | 23611566R | ABIGAIL BROWN | $20.00 | + |
| February | 23884870t | DONNA DORSEY | $15.70 | + |
| February | 23884870r | DONNA DORSEY | $15.70 | + |
| February | 23631473 | SALLEE BARBARA | $100.00 | + |
| February | 23669775t | TINA PITTMAN | $28.00 | + |
| February | 23669775r | TINA PITTMAN | $28.00 | + |
| February | 23716736 | GAMES ADELMO | $46.00 | |
| February | 236649731 | DKARION REYNOLS | $25.00 | + |
| February | 236649732 | DKARION REYNOLS | $25.00 | + |
| February | 238558894t | MALDONADO MARIA CAPO | $18.90 | |
| February | 23858894r | MALDONADO MARIA CAPO | $18.90 | |
| February | 23884022T | SOKOS, NICHOLAS | $20.50 | + |
| February | 23884022R | SOKOS, NICHOLAS | $20.50 | + |
| February | 237328691 | LOCKE, GREGORY | $12.50 | + |
| February | 23732869R | LOCKE, GREGORY | $12.50 | + |
| February | 23786101 | MARONEY KIMBERLY | $25.00 | |
| February | 23804283T | MISHLER, DON | $12.50 | + |
| February | 23804283R | MISHLER, DON | $12.50 | + |
| February | 23816111T | ROSE COSTA | $25.00 | + |
| February | 23816111R | ROSE COSTA | $25.00 | + |
| February | 23820020 | ANGEL GONZALEZ | $25.00 | + |
| February | 23820020R | ANGEL GONZALEZ | $25.00 | + |
| February | 23848471 | LISA REIMER-BOSCH | $25.00 | + |
| February | 23866061T | RITA MCCULLUCK | $25.00 | + |
| February | 23866061R | RITA MCCULLUCK | $25.00 | + |
| February | 23873323T | BETHEL ELLEN | $25.00 | + |
| February | 23873323R | BETHEL ELLEN | $25.00 | + |
| February | 23880011 | JIMENEZ MARIA | $97.00 | + |
| February | 23664782t | TIERA KING | $18.50 | |
| February | 236647821 | TIERA KING | $18.50 | |
| February | 236647822 | TIERA KING | $18.50 | |
| February | 236647823 | TIERA KING | $18.50 | |
| February | 23881427t | WILLIAM JACOBS | $25.00 | |
| February | 23881427r | WILLIAM JACOBS | $25.00 | |
| February | 236650782 | PEOPLES, JALIYAH | $18.50 | + |
| February | 23665078R | PEOPLES, JALIYAH | $18.50 | + |
| February | 23663229t | JENNIFER GONZALES | $25.00 | + |
| February | 23663229r | JENNIFER GONZALES | $25.00 | + |
| February | 23727969 | GINA DOSTER | $58.00 | |

| | | | | |
|---|---|---|---|---|
| February | 23804297T | MISHLER, DON | $12.50 | + |
| February | 23804297R | MISHLER, DON | $12.50 | + |
| February | 23849151 | BROWN III WYATT | $319.00 | + |
| February | 236116062 | BROWN ABIGAIL | $20.00 | + |
| February | 23611606R | BROWN ABIGAIL | $20.00 | + |
| February | 23611305T | PACHECO SANTANA, JENNIFER | $47.00 | + |
| February | 23611305R | PACHECO SANTANA, JENNIFER | $47.00 | + |
| February | 23866707 | GARCIA MARIA | $40.00 | + |
| February | 24049235T | BRUMFIELD, LILY | $24.85 | + |
| February | 24049235R | BRUMFIELD, LILY | $24.85 | + |
| February | 23569756T | DUZINKEWYCZ, AVAIAH | $24.85 | + |
| February | 23888587 | ANGEL | | + |
| February | 23824479t | ROBERT YATES | $25.00 | + |
| February | 23824479r | ROBERT YATES | $25.00 | + |
| February | 23896374T | WALLER DIANA | | + |
| February | 23896374R | WALLER DIANA | | + |
| February | 23804302T | MISHLER, DON | $12.50 | + |
| February | 23804302R | MISHLER, DON | $12.50 | + |
| February | 23815353 | SANDEFUR MARIA | $70.00 | |
| February | 23487696r | BORA KASTRATI | $18.50 | + |
| February | 23897511 | VIVIANA MATEO | $139.00 | + |
| February | 24952488T | BRUMFIELD, LILY | $37.00 | + |
| February | 249524881 | BRUMFIELD, LILY | $37.00 | + |
| February | 249524882 | BRUMFIELD, LILY | $37.00 | + |
| February | 24952488R | BRUMFIELD, LILY | $37.00 | + |
| February | 23611207T | NAVARRO GREGORI, JOVANNI | $28.15 | + |
| February | 23610973T | GOODNIGHT, JOCELYN | $53.00 | + |
| February | 236109731 | GOODNIGHT, JOCELYN | $53.00 | + |
| February | 236109732 | GOODNIGHT, JOCELYN | $53.00 | + |
| February | 23610973R | GOODNIGHT, JOCELYN | $53.00 | + |
| February | 23569119T | HUMISTON JAMES, YARIELLE | $23.00 | + |
| February | 23912612r | tiara king | $18.50 | |
| February | 235691192 | HUMISTON JAMES, YARIELLE | $23.00 | + |
| February | 23569119R | HUMISTON JAMES, YARIELLE | $23.00 | + |
| February | 23881333 | JENNIFER FAY | $25.00 | |
| February | 23948848 | GARCIA, GISSETTE | $25.00 | |
| February | 24954200t | MAXWELL, XZAVIER | $23.00 | + |
| February | 24954200r | MAXWELL, XZAVIER | $23.00 | + |
| February | 23569136T | HUMISTON JAMES, YARIELLE | $23.00 | + |

| | | | | |
|---|---|---|---|---|
| February | 235691361 | HUMISTON JAMES, YARIELLE | $23.00 | + |
| February | 235691362 | HUMISTON JAMES, YARIELLE | $23.00 | + |
| February | 23569136R | HUMISTON JAMES, YARIELLE | $23.00 | + |
| February | 23665585T | SHEPPARD, JACEIA | $24.85 | + |
| February | 236655851 | SHEPPARD, JACEIA | $24.85 | + |
| February | 236655852 | SHEPPARD, JACEIA | $24.85 | + |
| February | 23665585R | SHEPPARD, JACEIA | $24.85 | + |
| February | 23665223T | JOSHUA WATERMAM | $23.00 | + |
| February | 236652231 | JOSHUA WATERMAM | $23.00 | + |
| February | 236652232 | JOSHUA WATERMAM | $23.00 | + |
| February | 23665223R | JOSHUA WATERMAM | $23.00 | + |
| February | 23665954T | WATERMAN, FAYTHE | $23.00 | + |
| February | 236659541 | WATERMAN, FAYTHE | $23.00 | + |
| February | 236659542 | WATERMAN, FAYTHE | $23.00 | + |
| February | 23665954R | WATERMAN, FAYTHE | $23.00 | + |
| February | 23665857t | barton, KAPRIECE | $23.00 | + |
| February | 236658571 | barton, KAPRIECE | $23.00 | + |
| February | 236658572 | barton, KAPRIECE | $23.00 | + |
| February | 23662827r | barton, KAPRIECE | $23.00 | + |
| February | 24941271t | daryl lee | $23.00 | + |
| February | 279412711 | daryl lee | $23.00 | + |
| February | 249412712 | daryl lee | $23.00 | + |
| February | 24941271r | daryl lee | $23.00 | + |
| February | 23912763t | TIERA KING | $18.50 | + |
| February | 23677606T | MERRILL, SAMANTHA | $25.00 | + |
| February | 23677606R | MERRILL, SAMANTHA | $25.00 | + |
| February | 23718373 | THOMAS, DAVID | $14.10 | + |
| February | 23804417T | MISHLER, DON | $23.70 | + |
| February | 23804417R | MISHLER, DON | $23.70 | + |
| February | 234872282 | JOHNSON, JUDAH | $23.00 | + |
| February | 23487228B | JOHNSON, JUDAH | $23.00 | + |
| February | 23732864R | LOCKE, GREGORY | $12.50 | + |
| February | 23732864t | LOCKE, GREGORY | $12.50 | + |
| February | 23804287T | MISHLER, DON | $12.50 | + |
| February | 23804287R | MISHLER, DON | $12.50 | + |
| February | 23487339T | JAYDYN PETTIFER | $23.00 | + |
| February | 23485343T | JACOB PAYNE | $23.00 | + |
| February | 23485343R | JACOB PAYNE | $23.00 | + |
| February | 23611186T | NAVARRO GREGORI, JOVANNI | $58.15 | + |
| February | 23611186R | NAVARRO GREGORI, JOVANNI | $58.15 | + |

| | | | | |
|---|---|---|---|---|
| February | 23611275T | PACHECO SANTANA, JENNIFER | $47.00 | + |
| February | 23611275R | PACHECO SANTANA, JENNIFER | $47.00 | + |
| February | 236212242 | ALFONSO JERONIMO | $58.15 | |
| February | 236655022 | SHEPPARD, JACEIA | $24.85 | + |
| February | 23665502R | SHEPPARD, JACEIA | $24.85 | + |
| February | 23732874T | LOCKE, GREGORY | $12.50 | |
| February | 23928404t | REYNOLS DKARION | $25.00 | + |
| February | 23928404r | REYNOLS DKARION | $25.00 | + |
| February | 23948814 | GARCIA, GISSETTE | $25.00 | |
| February | 23957934 | HUGO LOPEZ | $208.00 | |
| February | 23486632T | DIXON DEANI | $25.00 | + |
| February | 234866321 | DIXON DEANI | $25.00 | + |
| February | 234866322 | DIXON DEANI | $25.00 | + |
| February | 23486632R | DIXON DEANI | $25.00 | + |
| February | 23600272R | MAXWELL, XZAVIER | $23.00 | + |
| February | 234871221 | BRUMFIELD, LILY | $24.85 | + |
| February | 234871222 | BRUMFIELD, LILY | $24.85 | + |
| February | 23487576T | NASSIR JOHNSON | $18.50 | + |
| February | 23487664R | BORA KASTRATI | $18.50 | + |
| February | 23841999 | JADA ALDERMAN | $37.00 | + |
| February | 23633883T | LADD AALIYAH | $34.10 | + |
| February | 236338831 | LADD AALIYAH | $34.10 | + |
| February | 23577865T | CHRISTOPHER FRASIER | $18.50 | + |
| February | 235778651 | CHRISTOPHER FRASIER | $18.50 | + |
| February | 235778652 | CHRISTOPHER FRASIER | $18.50 | + |
| February | 23577865R | CHRISTOPHER FRASIER | $18.50 | + |
| February | 23912014t | TINA MEISENHALDER | $34.00 | + |
| February | 23912014r | TINA MEISENHALDER | $34.00 | + |
| February | 23943526T | SILVIA M FRAZIER | $23.00 | + |
| February | 23943526R | SILVIA M FRAZIER | $23.00 | + |
| February | 23569110t | JESUS WRIGHT | $23.00 | + |
| February | 235691101 | JESUS WRIGHT | $23.00 | + |
| February | 23727145 | GONZALES JOSE | $25.00 | + |
| February | 23804289T | MISHLER, DON | $12.50 | + |
| February | 23804289R | MISHLER, DON | $12.50 | + |
| February | 23805328 | CARLOS ARROYO | $117.50 | + |
| February | 23817351 | NAJELI GARCIA-FERRETIZ | $415.00 | + |
| February | 23912455t | TIERA KING | $18.50 | + |
| February | 239124551 | TIERA KING | $18.50 | + |

| | | | | |
|---|---|---|---|---|
| February | 23487234T | JUDAH JOHNSON | $23.00 | + |
| February | 234872341 | JUDAH JOHNSON | $23.00 | + |
| February | 234872342 | JUDAH JOHNSON | $23.00 | + |
| February | 23487234R | JUDAH JOHNSON | $23.00 | + |
| February | 21716705t | Adelmo Games | $46.00 | + |
| February | 21716705r | Adelmo Games | $46.00 | + |
| February | 23849592 | WALTON CHRISTOPHER | $88.00 | + |
| February | 23858389 | JOHNATHAN ZAPETA-SOLIS | $124.00 | + |
| February | 23895725 | ZOYA TARASOVSKAYA | $94.00 | |
| February | 23917472 | CULLIFER DARLINDA | $292.00 | + |
| February | 23927773 | RODRIGUEZ-HERNA GLADYS | $223.00 | + |
| February | 23958933 | GONZALES JENNIFER | $25.00 | + |
| February | 23665166T | WATERMAN, JOSHUA | $23.00 | + |
| February | 236651661 | WATERMAN, JOSHUA | $23.00 | + |
| February | 236651662 | WATERMAN, JOSHUA | $23.00 | + |
| February | 23665166R | WATERMAN, JOSHUA | $23.00 | + |
| February | 23928570T | PEOPLES, JALIYAH | $18.50 | + |
| February | 239285701 | PEOPLES, JALIYAH | $18.50 | + |
| February | 239285702 | PEOPLES, JALIYAH | $18.50 | + |
| February | 23928570R | PEOPLES, JALIYAH | $18.50 | + |
| February | 23611285T | PACHECO SANTANA, JENNIFER | $47.00 | + |
| February | 23611285R | PACHECO SANTANA, JENNIFER | $47.00 | + |
| February | 23665811T | barton, KAPRIECE | $23.00 | + |
| February | 236658111 | barton, KAPRIECE | $23.00 | + |
| February | 23915970t | SODIANIE LOUIS | $70.10 | + |
| February | 23915970r | SODIANIE LOUIS | $70.10 | + |
| February | 23915970T | Rodrigo Juarez cortez | $18.50 | + |
| February | 23915970R | Rodrigo Juarez cortez | $18.50 | + |
| February | 23778607T | DENIA LAGO HERNANDEZ | $66.90 | + |
| February | 23778607R | DENIA LAGO HERNANDEZ | $66.90 | + |
| February | 23600293T | MAXWELL, XZAVIER | $23.00 | + |
| February | 236002931 | MAXWELL, XZAVIER | $23.00 | + |
| February | 236002932 | MAXWELL, XZAVIER | $23.00 | + |
| February | 239285722 | PEOPLES, JALIYAH | $12.50 | + |
| February | 23928572R | PEOPLES, JALIYAH | $12.50 | + |
| February | 23665183T | WATERMAN, JOSHUA | $23.00 | + |
| February | 236651831 | WATERMAN, JOSHUA | $23.00 | + |
| February | 236651832 | WATERMAN, JOSHUA | $23.00 | + |
| February | 23665183R | WATERMAN, JOSHUA | $23.00 | + |
| February | 23665430T | PARZ, MARAH | $23.00 | + |

| | | | | |
|---|---|---|---|---|
| February | 236654301 | PARZ, MARAH | $23.00 | + |
| February | 236654302 | PARZ, MARAH | $23.00 | + |
| February | 23665430R | PARZ, MARAH | $23.00 | + |
| February | 23665904T | WATERMAN, FAYTHE | $23.00 | + |
| February | 236659041 | WATERMAN, FAYTHE | $23.00 | + |
| February | 236659042 | WATERMAN, FAYTHE | $23.00 | + |
| February | 23665904R | WATERMAN, FAYTHE | $23.00 | + |
| February | 23610942T | GOODNIGHT, JOCELYN | $53.00 | + |
| February | 236109421 | GOODNIGHT, JOCELYN | $53.00 | + |
| February | 236109422 | GOODNIGHT, JOCELYN | $53.00 | + |
| February | 23610942R | GOODNIGHT, JOCELYN | $53.00 | + |
| February | 23611194T | NAVARRO GREGORI, JOVANNI | $58.15 | + |
| February | 23611194R | NAVARRO GREGORI, JOVANNI | $58.15 | + |
| February | 23611294T | PACHECO SANTANA, JENNIFER | $47.00 | + |
| February | 23611294R | PACHECO SANTANA, JENNIFER | $47.00 | + |
| February | 23912485r | TIERA KING | $18.50 | + |
| February | 23942245 | OWENS KATHY | $43.00 | + |
| February | 235779022 | FRAZIER, CHRISTOPHE | $27.50 | + |
| February | 23577902R | FRAZIER, CHRISTOPHE | $27.50 | + |
| February | 23569095T | HUMISTON YARIELLE | $23.00 | + |
| February | 235690951 | HUMISTON YARIELLE | $23.00 | + |
| February | 235690952 | HUMISTON YARIELLE | $23.00 | + |
| February | 23569095R | HUMISTON YARIELLE | $23.00 | + |
| February | 23569174T | SYRA PRITCHETT | $23.00 | + |
| February | 235691741 | SYRA PRITCHETT | $23.00 | + |
| February | 235691742 | SYRA PRITCHETT | $23.00 | + |
| February | 23569174R | SYRA PRITCHETT | $23.00 | + |
| February | 23665535T | Jaceia Sheppard | $24.85 | + |
| February | 236655351 | Jaceia Sheppard | $24.85 | + |
| February | 236655352 | Jaceia Sheppard | $24.85 | + |
| February | 23665535R | Jaceia Sheppard | $24.85 | + |
| February | 23636671T | Luna Mobila | $18.50 | + |
| February | 23904805T | Oscar Guzman | $18.50 | + |
| February | 23904805R | Oscar Guzman | $18.50 | + |
| February | 23665526T | SHEPPARD, JACEIA | $24.85 | + |
| February | 236655261 | SHEPPARD, JACEIA | $24.85 | + |
| February | 236655262 | SHEPPARD, JACEIA | $24.85 | + |
| February | 23665526R | SHEPPARD, JACEIA | $24.85 | + |
| February | 23665539T | SHEPPARD, JACEIA | $24.85 | + |
| February | 236655391 | SHEPPARD, JACEIA | $24.85 | + |
| February | 236655392 | SHEPPARD, JACEIA | $24.85 | + |

| | | | | |
|---|---|---|---|---|
| February | 23665539R | SHEPPARD, JACEIA | $24.85 | + |
| February | 23569164T | SYRA PRITCHETT | $23.00 | + |
| February | 235691641 | SYRA PRITCHETT | $23.00 | + |
| February | 235691642 | SYRA PRITCHETT | $23.00 | + |
| February | 23569164R | SYRA PRITCHETT | $23.00 | + |
| February | 23569170T | SYRA PRITCHETT | $23.00 | + |
| February | 235691701 | SYRA PRITCHETT | $23.00 | + |
| February | 235691702 | SYRA PRITCHETT | $23.00 | + |
| February | 23569170R | SYRA PRITCHETT | $23.00 | + |
| February | 23569178T | SYRA PRITCHETT | $23.00 | + |
| February | 235691781 | SYRA PRITCHETT | $23.00 | + |
| February | 235691782 | SYRA PRITCHETT | $23.00 | + |
| February | 23569178R | SYRA PRITCHETT | $23.00 | + |
| March | 23958007t | Beryl Seaver | $79.70 | + |
| March | 23958007r | Beryl Seaver | $79.70 | + |
| March | 24008140t | SARA MATZICOFF | $66.90 | + |
| March | 24008140r | SARA MATZICOFF | $66.90 | + |
| March | 234871961 | lily brumfield | $24.85 | + |
| March | 23487196r | lily brumfield | $24.85 | + |
| March | 23610981t | GOODNIGHT, JOCELYN | $53.00 | + |
| March | 236109811 | GOODNIGHT, JOCELYN | $53.00 | + |
| March | 236109812 | GOODNIGHT, JOCELYN | $53.00 | + |
| March | 24014453T | MERRILL, SAMANTHA | $25.00 | + |
| March | 24014453R | MERRILL, SAMANTHA | $25.00 | + |
| March | 24948942t | PACHECO SANTANA, JENNIFER | $47.00 | + |
| March | 24948942r | PACHECO SANTANA, JENNIFER | $47.00 | + |
| March | 23849788 | DAWN CAVALIER | $138.50 | + |
| March | 23804288t | MISHLER, DON | $12.50 | + |
| March | 23804288r | MISHLER, DON | $12.50 | + |
| March | 24089733t | PACHECO SANTANA, JENNIFER | $47.00 | + |
| March | 24089733r | PACHECO SANTANA, JENNIFER | $47.00 | + |
| March | 24089364t | NAVARRO GREGORI, JOVANNI | $58.15 | + |
| March | 24089364r | NAVARRO GREGORI, JOVANNI | $58.15 | + |
| March | 24036582 | MARONEY KIMBERLY | $136.00 | + |
| March | 238420011 | JADA ALDERMAN | $37.00 | + |
| March | 24036582T | KIMBERLY MARONEY | $79.70 | + |
| March | 24036582R | KIMBERLY MARONEY | $79.70 | + |
| March | 24088996t | GOODNIGHT, JOCELYN | $53.00 | + |
| March | 240889961 | GOODNIGHT, JOCELYN | $53.00 | + |
| March | 240889962 | GOODNIGHT, JOCELYN | $53.00 | + |

| | | | | |
|---|---|---|---|---|
| March | 24088996r | GOODNIGHT, JOCELYN | $53.00 | + |
| March | 24089751t | PACHECO SANTANA, JENNIFER | $47.00 | |
| March | 24089751r | PACHECO SANTANA, JENNIFER | $47.00 | + |
| March | 23912456 | KING, TIERA | $18.50 | + |
| March | 23941466 | THOMAS, DAVID | $12.50 | |
| March | 24092703t | sontag eva | $18.50 | + |
| March | 240927031 | sontag eva | $18.50 | + |
| March | 240269172 | eddie whitaker | $18.50 | + |
| March | 24026917r | eddie whitaker | $18.50 | + |
| March | 24024796t | sontag eva | $18.50 | + |
| March | 24024796r | sontag eva | $18.50 | + |
| March | 24092749t | sontag eva | $18.50 | + |
| March | 240927491 | sontag eva | $18.50 | + |
| March | 240269172 | WHITAKER RUSSEL, EDDIE | $18.50 | + |
| March | 24026917r | WHITAKER RUSSEL, EDDIE | $18.50 | + |
| March | 240872521 | Deani Dixon | $25.00 | + |
| March | 24023488t | RAFAEL CLASS | $12.50 | + |
| March | 24088889r | PEDRO GARCIA CISNEROS | $20.00 | + |
| March | 24088928r | ABIGAIL BROWN | $20.00 | + |
| March | 24089221r | mohr tiffany | $20.00 | + |
| March | 24089763t | alan gomez | $23.00 | + |
| March | 24089763r | alan gomez | $23.00 | + |
| March | 24952636t | lily brumfield | $24.85 | + |
| March | 249526361 | lily brumfield | $24.85 | + |
| March | 249526362 | lily brumfield | $24.85 | + |
| March | 24952636r | lily brumfield | $24.85 | + |
| March | 24024747t | avaiah duzinkewycz | $23.00 | + |
| March | 24027819t | PARZ, MARAH | $23.00 | + |
| March | 240278191 | PARZ, MARAH | $23.00 | + |
| March | 240278192 | PARZ, MARAH | $23.00 | + |
| March | 24027819r | PARZ, MARAH | $23.00 | + |
| March | 23912621r | TIERA KING | $18.50 | + |
| March | 24098850r | Terez Kirkland | $23.50 | + |
| March | 240490311 | BRUMFIELD, LILY | $24.85 | + |
| March | 240490312 | BRUMFIELD, LILY | $24.85 | + |
| March | 23904848t | Oscar Guzman | $18.50 | + |
| March | 23904848r | Oscar Guzman | $18.50 | + |
| March | 23849816 | DAWN CAVALIER | $138.50 | + |
| March | 24027292t | WATERMAN, JOSHUA | $23.00 | + |
| March | 240272921 | WATERMAN, JOSHUA | $23.00 | + |
| March | 240272922 | WATERMAN, JOSHUA | $23.00 | + |

| | | | | |
|---|---|---|---|---|
| March | 24027292r | WATERMAN, JOSHUA | $23.00 | + |
| March | 24952385t | Terez Kirkland | $23.50 | + |
| March | 24952382r | Terez Kirkland | $23.50 | + |
| March | 23832331t | CRYSTAL CURTIN | $22.10 | + |
| March | 23832331r | CRYSTAL CURTIN | $22.10 | + |
| March | 24065125t | ACOSTA, RAFAEL | $54.10 | + |
| March | 24065125r | ACOSTA, RAFAEL | $54.10 | + |
| March | 24051444t | KASTRATI, BORA | $18.50 | + |
| March | 24116613r | Jesos Ortega | $23.70 | + |
| March | 24024740r | avaiah duzinkewycz | $23.00 | + |
| March | 24123258t | Oscar Guzman | $18.50 | + |
| March | 24123258r | Oscar Guzman | $18.50 | + |
| March | 241232581 | Oscar Guzman | $18.50 | + |
| March | 241232582 | Oscar Guzman | $18.50 | + |
| March | 23928619r | PEOPLES, JALIYAH | $12.50 | + |
| March | 24025580t | MOBILIA, LUNA | $18.50 | + |
| March | 24089557t | NAVARRO GREGORI, JOVANNI | $58.15 | + |
| March | 24089557r | NAVARRO GREGORI, JOVANNI | $58.15 | + |
| March | 24147010t | ACOSTA, RAFAEL | $55.70 | + |
| March | 24147010r | ACOSTA, RAFAEL | $55.70 | + |
| March | 24193124t | JACOB PAYNE | $23.00 | + |
| March | 24193124r | JACOB PAYNE | $23.00 | + |
| March | 23949652T | Gabrielle Senatus | $18.50 | + |
| March | 23949652r | Gabrielle Senatus | $18.50 | + |
| March | 23981639 | JOSE GONZALES | $25.00 | + |
| March | 24136572t | sherry mammond | $34.00 | + |
| March | 24136572r | sherry mammond | $34.00 | + |
| March | 24025534t | MOBILIA, LUNA | $18.50 | + |
| March | 23621229r | ALFONSO JERONIMO | $58.15 | + |
| March | 24182930T | MARJORIE DAVIS | $12.50 | + |
| March | 24182930R | MARJORIE DAVIS | $12.50 | + |
| March | 24251033r | WATERMAN, FAYTHE | $23.00 | + |
| March | 24025566t | MOBILIA, LUNA | $18.50 | + |
| March | 24046956 | CANDACE MALIK | $25.00 | |
| March | 242365591 | HUMISTON JAMES, YARIELLE | $23.00 | + |
| March | 23939876t | STEWART, BETH | $25.00 | + |
| March | 23939876r | STEWART, BETH | $25.00 | + |
| March | 24236559t | HUMISTON JAMES, YARIELLE | $23.00 | + |
| March | 240269932 | eddie whitaker | $18.50 | + |
| March | 24098857r | Terez Kirkland | $23.50 | + |
| March | 24249274t | PEOPLES, JALIYAH | $18.50 | + |

| | | | | |
|---|---|---|---|---|
| March | 24249274r | PEOPLES, JALIYAH | $18.50 | + |
| March | 242492741 | PEOPLES, JALIYAH | $18.50 | + |
| March | 242492742 | PEOPLES, JALIYAH | $18.50 | + |
| March | 24024846t | MAXWELL, XZAVIER | $23.00 | + |
| March | 24024846r | MAXWELL, XZAVIER | $23.00 | + |
| March | 240248461 | MAXWELL, XZAVIER | $23.00 | + |
| March | 240248462 | MAXWELL, XZAVIER | $23.00 | + |
| March | 24197304r | KYNSTON MORGAN | $37.00 | + |
| March | 24269368T | Luzmaria Perez perez | $100.50 | + |
| March | 24269368R | Luzmaria Perez perez | $100.50 | + |
| March | 24297588t | Deani Dixon | $25.00 | + |
| March | 24297588r | Deani Dixon | $25.00 | + |
| March | 24275225t | Beryl Seaver | $79.70 | + |
| March | 24275225r | Beryl Seaver | $79.70 | + |
| April | 240269522 | eddie whitaker | $18.50 | + |
| April | 24026952r | eddie whitaker | $18.50 | + |
| April | 24026935 | WHITAKER RUSSEL, EDDIE | $37.00 | + |

$55,831.40