# EXHIBIT B

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

1ST TRANSPORT, LLC, d/b/a
TARA TRANS, a Florida Limited Liability
Company,

    Plaintiff,

v.

ACCESS 2 CARE, LLC, d/b/a
AMERICAN MEDICAL RESPONSE, INC.,
A Missouri Limited Liability Company,

    Defendant.

CASE NO.: 8:19-cv-02595

**DEFENDANT ACCESS 2 CARE, LLC'S RESPONSE
TO PLAINTIFF'S LIMITED INTERROGATORY**

Defendant Access 2 Care, LLC ("A2C") hereby responds to the limited jurisdictional interrogatory served by Plaintiff 1st Transport, LLC d/b/a Tara Trans ("1st Transport" or "Plaintiff") as follows:

**INTERROGATORY**: Please identify and list all members of Defendant A2C and for each member state the following.

    (a) Full and correct name;

    (b) State or county of citizenship;

    (c) Address that establishes domicile;

    (d) If any Member of Defendant A2C is an LLC then identify the member(s) of each additional LLC and each member's state or country of citizenship and along with the corresponding address that establishes domicile.

    (e) If any member of Defendant A2C is a corporation then identify the corporation's state of incorporation and its principal place of business including its primary business address.

**ANSWER:**

The sole member of A2C is Mission Care Services, LLC. Mission Care Services, LLC is a Missouri Limited Liability Company located at 221 Bolivar Street, Jefferson City, Missouri 65101. The sole member of Mission Care Services, LLC is American Medical Response, Inc., which is a Delaware corporation with its corporate headquarters located at 6363 S. Fiddlers Green Circle, 14th Floor, Greenwood Village, Colorado 80111, and with offices across the country, including a location at 12600 NW 107th Avenue, Medley, Florida 33178.

## VERIFICATION OF ANSWERS TO PLAINTIFF'S
## LIMITED INTERROGATORY TO DEFENDANT ACCESS 2 CARE, LLC.

ACCESS 2 CARE, LLC

5/28/2020                                        By: *Brandon Foster*
Date                                                  —570940E63ED14B8...

STATE OF    COLORADO           }
COUNTY OF ARAPAHOE             }

SWORN AND SUBSCRIBED before me by means of [ ] physical presence or [x] online notarization, this 28th day of May, 2020, by Brandon Foster, as Director of Contract Oversight of ACCESS 2 CARE, LLC who is authorized to act on behalf of the company, who is personally known to me, and who, being duly sworn by me, deposes and states that the responses to the foregoing Interrogatory and all facts stated herein are true and correct to the best of her/his knowledge.

*Aileen C. Daproza*
Aileen C. Daproza, Notary Public

Notary Public - State of Colorado
Commission #: 20024021438
Commission Expires: July 22, 2022

AILEEN C. DAPROZA
NOTARY PUBLIC
STATE OF COLORADO
Notary ID: 20024021438
My commission expires 7/22/2022

2