**Access2Care**

**SUBCONTRACTOR AGREEMENT**

**THIS SUBCONTRACTOR AGREEMENT** is made between Access2Care, LLC ("A2C") and **Tara Trans DBA T Trans**, (the "Subcontractor") set out on the signature page of this Agreement. This Agreement is effective as of the Commencement Date as defined in Schedule "A".

**WHEREAS,** A2C on occasion needs subcontractors to provide medical transportation, non-medical transportation ambulance, Para transit and wheelchair services to A2C customers in various locations;

**WHEREAS,** A2C manages non-emergency transportation. As such we use subcontractors to provide non-emergency medical transportation for our clients who request such services. ;

**WHEREAS**, A2C wishes to retain Subcontractor to perform certain tasks in furtherance of this effort as set forth in this Agreement; and

**WHEREAS**, Subcontractor wishes to perform, and is capable of performing such tasks upon request by A2C.

**NOW THEREFORE,** in consideration of the foregoing and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties hereto agree as follows:

1. **Provision of Services.** Subcontractor will provide the transportation services described in Schedule "A" hereto (the "Services") to Clients or Recipients (collectively referred to as "Recipients") on the conditions, if any, described in Schedule "A" and in the service area(s) described in Schedule "A" (the "Service Area"), only when and as requested by A2C.

2. **Compliance with Laws.** The parties will comply in all material respects with all applicable federal and state laws and regulations, including the federal Anti-kickback statute, and shall submit to the State all documentation necessary for Subcontractor to provide the services more specifically described herein. Subcontractor's vehicles will conform to applicable state regulations and be duly licensed for the transportation of Recipients. All Subcontractor personnel staffing vehicles that provide the Services will be licensed or certified as required by applicable law.

3. **Term.** The initial term of this Agreement shall be one (1) year, commencing on the Commencement Date set out in Schedule "A" hereof, and this Agreement shall automatically renew for subsequent one-year periods thereafter, subject to the termination rights herein. The initial term and all renewal periods shall be cumulatively referred to as the "Term".

4. **Termination.** Each party may terminate this Agreement: (a) at any time without cause and at its sole discretion upon sixty (60) days written notice to the other party; or (b) upon the material breach of this Agreement by the other party if such breach is not cured within thirty (30) days of written notice thereof to the other party. Notwithstanding the foregoing, A2C may terminate this Agreement immediately upon: (i) the failure of Subcontractor to respond to requests by A2C for the provision of Services to Recipients within the Service Area or (ii) following Subcontractor's loss or suspension of licensure necessary for the provision of the Services or reduction or loss of Subcontractor's insurance coverage.

5. **Scheduling of Services**. A2C shall schedule and request any and all Services to be provided by Subcontractor pursuant to this Agreement. All Services will be scheduled according to the procedures provided for in the Network Provider Requirements, as modified from time to time by A2C in its sole discretion and attached hereto as Schedule C and incorporated herein by this reference.

6. **No Utilization Obligation**. A2C does not guarantee any level of utilization of Subcontractor and A2C is under no obligation to utilize Subcontractor for any Services.

7. **Standards for Services.** Subcontractor represents and warrants that (a) any and all Services shall be provided in accordance with prevailing industry standards of quality and care applicable to the Services provided; (b) any and all Services rendered shall be performed in a good and workmanlike manner; (c) Subcontractor shall comply with all requirements of A2C's Network Provider Requirements as may be modified by A2C from time to time and which is attached hereto as Schedule "C" and incorporated herein by this reference; The parties acknowledge and agree that all references to specific sections of the Network Provider requirements are based on the requirements in place at the time of execution of this agreement. In the event a revision to the requirements causes those section references to change, the current and prevailing Network Provider requirements shall prevail.

8. **Trip Management**. Subcontractor acknowledges and agrees that they will satisfy all requirements of the Network Provider Requirements as it relates to the manner in which the services, activities, and tasks are to be performed as well as requirements for pickup and delivery of all participants.

9. **Compensation and Billing.** Prior to or at the commencement of any scheduled Service, A2C shall instruct Subcontractor to bill either: (i) a third-party payor or Patient; or (ii) A2C.

    (i) *Services billed to Payors or Patients*. If A2C directs Subcontractor to bill a third-payor or Patient, A2C will provide Subcontractor with Patient billing information, including all documentation available to A2C that is necessary for third-party payor reimbursement and determination of medical necessity when applicable. Subcontractor shall be responsible for all Patient and third party billing and shall bill in accordance with all applicable laws and any applicable membership agreement between a Patient and health plan. Subcontractor shall not seek payment from A2C or A2C's customer for any such Services and neither A2C nor its customer shall have any financial responsibility for such Services.

    (ii) *Services billed to A2C*. For any Services for which A2C has accepted responsibility for payment and A2C has provided Subcontractor with an authorization number, A2C shall pay Subcontractor within twenty-one (21) days of receipt of an invoice in a format reasonably acceptable to A2C. Subcontractor shall submit its invoice within forty-five (45) days of the date that Services were provided by Subcontractor – failure to submit its invoice within this time period will result in non-payment by A2C to Subcontractor. Subcontractor shall not seek payment from A2C's customer, the Patient or any third-party payor for any such Services. A2C shall reimburse Subcontractor at the rates set forth in Schedule "B" and Subcontractor shall accept the rates in Schedule "B". Provided that A2C has authorized the Subcontractor to bill the Patient, the preceding sentence shall not preclude Subcontractor from billing a Patient for any Patient responsible amounts under the requirements of the Patient's applicable health plan membership agreement, e.g., co-payment, co-insurance or deductible.

10. **Record Retention.** Subcontractor will retain books and records respecting Services rendered to Patients for the greater of ten (10) years or the time periods required under all applicable laws (including the requirements of the Secretary of Health and Human Services ("HHS")) and allow access to such books and records by duly authorized agents of the Secretary of HHS, the Comptroller General and others to the extent required by law.

11. **Compliance with the terms of A2C's contract with the client.** Subcontractor acknowledges and agrees that Subcontractor shall comply with all mandatory terms and conditions of A2C's contract with the client.

12. **Injury to an A2C Passenger.** If an A2C passenger is injured while being transported, Subcontractor shall submit a claim through their insurance first, and through A2C's insurance if Subcontractor's insurance does not cover the costs associated with the incident.

13. **Audit Rights.** Subcontractor shall, within a reasonable amount of time after written notice from A2C provide representatives of A2C or the U.S. Government (as specified in the notice), with access to all records, documents, fiscal and accounting data, and other information (whether in paper form, microform, electronic media or other form) that relate to this Agreement. This obligation of Subcontractor shall survive for a period of three (3) years following final payment under this Agreement or until such later time as required under applicable law and regulation.

14. **Indemnity.** Each party will indemnify and hold the other party harmless from and against liability claims resulting from or alleged to result from any negligence or willful misconduct of the indemnifying party related to the performance of this Agreement.

15. **Dispute Resolution.** Subcontractor acknowledges and agrees that in the event of a dispute arising out of the relationship between A2C and the Subcontractor and the services provided for herein, Subcontractor shall look solely to A2C to resolve this dispute, and at no time, shall Subcontractor pursue a resolution of any dispute related to this Agreement with either the client or any agency thereof. All disputes involving payment of claims shall be resolved according the procedure outlined in the Claims Appeals Process in the Network Provider Procedure Manual. If necessary, a dispute shall be resolved in a court of competent jurisdiction and according to the laws of the State.

16. **Default by A2C.** In the instance of default by A2C, the Agreements and all rights and obligations associated therewith shall pass to the client or its duly appointed agent for the continued provision of the services more specifically described herein. Subcontractor acknowledges and agrees that in the event the client assumes responsibility for this Agreement, all terms, conditions, and rates established herein shall remain in effect until or unless renegotiated by the client or its agent unless otherwise terminated immediately by the client in its sole discretion.

Access2Care

17. **Insurance**. Subcontractor currently maintains and will maintain during the Term of this Agreement liability insurance policies for claims that may be made against Subcontractor arising out of the Services under this Agreement. Subcontractor shall maintain comprehensive general and automobile liability coverage with limits no less than 300,000 per occurrence and 300,000 annual aggregate and other such coverage as required by the State. Subcontractor shall maintain workers' compensation insurance in the statutory required amounts. Subcontractor shall cause A2C to be added as an additional insured to all such policies. Subcontractor shall provide to A2C upon execution of this Agreement certificates of insurance evidencing coverage. Coverage shall not be changed or modified without at least thirty (30) days prior written notice to A2C. Further, Subcontractor's insurance shall be primary in the event of any claim resulting from Services provided by Subcontractor and shall be exhausted in full prior to any contribution from any other source. Subcontractor shall also be solely responsible for any and all damages or repairs to its owned, leased or contracted vehicles used in providing Services under this Agreement.

18. **Notices**. Any notice required or permitted by this Agreement shall be in writing and shall be delivered as follows, with notice deemed given as indicated: (a) by personal delivery, when delivered personally; (b) by overnight courier, upon written verification of receipt; (c) by facsimile transmission, upon acknowledgment of receipt of electronic transmission; or (d) by certified or registered mail, return receipt requested, upon verification of receipt. Notice shall be sent to the following addresses:

**IF TO SUBCONTRACTOR:**

**Tara Trans DBA T Trans**
**4511 N Himes Ave #200**
**Tampa, FL, 33614**

**IF TO A2C:**

Access2Care
6200 South Syracuse Way, Suite 200
Greenwood Village, Colorado 80111

With Mandatory Copy to:

Legal Department
Access2Care
6200 South Syracuse Way, Suite 200
Greenwood Village, Colorado 80111

19. **Confidentiality.** All information with respect to the operations and business of a party (including but not limited to the rates charged hereunder) and any other information considered to be and treated as confidential by that party gained during the negotiation or Term of this Agreement will be held in confidence by the other party and will not be divulged to any unauthorized person without prior written consent of the other party, except for access required by law, regulation and third party reimbursement agreements. The obligations under this section shall not apply to information which (a) at the time of disclosure is in the public domain or, after disclosure, enters the public domain other than by breach of this Agreement; or (b) is already in the possession of the recipient at the time of disclosure and is not acquired from the other Party; or (c) is later received on a non-confidential basis from a third Party having the right to impart such information; or (d) is independently developed by the recipient's employees who did not have access to such information in connection with this Agreement.

20. **HIPAA Compliance.** Each party shall comply with the privacy and security provisions of the *Health Insurance Portability and Accountability Act of 1996* and the regulations thereunder ("HIPAA"), and with such other requirements of HIPAA that may become effective during the Term. All patient medical records shall be treated as confidential so as to comply with all state and federal laws. The Subcontractor shall report in writing to A2C any use or disclosure of Protected Health Information ("PHI") not provided for or allowed by the SUBCONTRACTOR AGREEMENT immediately upon becoming aware of the same.

21. **CMS Required Contract Provisions-42 CFR 422.** (i) *Privacy and Accuracy of Records*: Providers and suppliers agree to safeguard beneficiary privacy and confidentiality and assure the accuracy of beneficiary health records. 422.504(a)13. (ii) *Hold Harmless for MAs offering SNPs*: For all Medicare Advantage ("MA") organizations with enrollees eligible for both Medicare and Medicaid, such enrollees will not be held liable for Medicare Part A and B cost sharing when the State is responsible for paying such amounts, and inform providers of Medicare and Medicaid benefits and rules for enrollees eligible for Medicare and Medicaid. The MA plans may not impose cost sharing that exceeds the amount of cost sharing that would be permitted with respect to the individual under the XIX if the individual were not enrolled in such plan. Subcontractor will accept the MA plan payment as payment in full, or bill the appropriate State source.

22. **Relationship.** In the performance of this Agreement, each party shall be, as to the other, an independent contractor, and neither party shall have the right or authority, express or implied, to bind or otherwise legally obligate the other.

A2C Subcontractor Agreement
Confidential and Proprietary

Nothing contained within this Agreement shall be construed to constitute either party assuming or undertaking control or direction of the operations, activities or medical care rendered by the other. As to either party's employees, nothing contained herein shall be construed in such a manner as to give effect to the notion that either party shall in anyway assume responsibility for the oversight or provision of the other party's employee benefits, including but not limited to the payment of wages, provision of health insurance, or any and all other commonly accepted benefits of employment.

23. **Compliance Program and Code of Conduct**. A2C has made available to the Subcontractor a copy of its Code of Conduct, Anti-kickback policies and other compliance policies, as may be changed from time-to-time, at A2C's web site, located at: www.Access2care.net, and the Subcontractor acknowledges receipt of such documents. A2C warrants that its personnel shall comply with A2C's compliance policies, including training related to the Anti-kickback Statute.

24. **Non-Exclusion.** Each party represents and certifies that neither it nor any practitioner who orders or provide Services on its behalf hereunder has been convicted of any conduct that constitutes grounds for mandatory exclusion as identified in 42 U.S.C.§ 1320a-7(a). Each party further represents and certifies that it is not ineligible to participate in Federal health care programs or in any other state or federal government payment program. Each party agrees that if OIG excludes it, or any of its practitioners or employees who order or provide Services, from participation in Federal health care programs, the party must notify the other party within five (5) days of knowledge of such fact, and the other party may immediately terminate this Agreement, unless the excluded party is a practitioner or employee who immediately discontinues ordering or providing Services hereunder.

25. **Vehicle and Personnel Requirements.** Subcontractor acknowledges and agrees that all vehicles and personnel utilized to provide the Services shall comply with the requirements included within the Network Provider Requirements and any other applicable sections as may be added from time to time by A2C.

26. **Training Requirements**. Subcontractor acknowledges and agrees that all personnel shall be trained and oriented according to the Network Provider Requirements.

27. **Background Investigation**. Subcontractor warrants and represents that it has performed a background investigation on employees that provide patient care services or drive vehicles. The investigation report includes the following:

    a. Social Security Number Verification

    b. Criminal Search

    c. Employment Verification to include reason for separation and eligibility for re-employment for each employer for 7 years

    d. OIG List of Excluded Individuals/Entities

    e. Sex Offender Registry

    f. GSA List of Parties Excluded from Federal Programs

    g. Department of Motor Vehicle Driving History

    h. State and Local Licensure Verification

    i. Drug Screen

    Upon request and from time-to-time, Subcontractor shall provide A2C with a continuing certification.

28. **Referrals**. It is not the intent of either party that any remuneration, benefit or privilege provided for under this Agreement shall influence or in any way be based on the referral or recommended referral by either party of Recipients to the other party or its affiliated providers, if any, or the purchasing, leasing or ordering of any services other than the specific services described in this Agreement. Any payments specified herein are consistent with what the parties reasonably believe to be a fair market value for the services provided. Subcontractor represents and warrants that the rates and pricing that it has accepted do not place it in violation of any federal or state anti-kickback statute.

29. **Other.** During the term of this Agreement and for a period of six (6) months following termination of this Agreement: Subcontractor shall not provide transportation services to any A2C customer that Subcontractor has rendered Services to under this Agreement, either directly or through a network of providers or intermediary other than A2C; or (ii) solicit any such A2C customer to obtain transportation services from Subcontractor either directly or through such other network or intermediary in the Service Area.

30. **Equal Employment Opportunity**. If the provisions of Executive Order 11,246 are applicable to this Agreement, the parties incorporate the equal employment opportunity clause set forth in 41 C.F.R. part 60-1. If the

provisions of Executive Order 13,201 are applicable to this Agreement, the parties incorporate the equal employment opportunity clause set forth in 29 C.F.R. part 470.

31. **Miscellaneous.** This Agreement (including the Schedules hereto): (a) constitutes the entire agreement between the parties with respect to the subject matter hereof, superseding all prior oral or written agreements with respect thereto; (b) may be amended only by written instrument executed by both parties; (c) may not be assigned by either party without the written consent of the other party, such consent not to be unreasonably withheld; (d) shall be binding on and inure to the benefit of the parties hereto and their respective successors and permitted assigns; (e) shall be interpreted and enforced in accordance with the laws of the state where the Services are performed, without regard to the conflict of laws provisions thereof, and the federal laws of the United States applicable therein; (f) may be executed in several counterparts (including by facsimile), each of which shall constitute an original and all of which, when taken together, shall constitute one agreement; and (g) shall not be effective until executed by both parties. In the event of a conflict between this Agreement and any Schedule hereto, the terms of this Agreement shall govern.

[*Signature Page To Follow*]

# Access2Care

**IN WITNESS WHEREOF,** the parties have hereto executed this Agreement.

Access2Care, LLC

By: _____
    Matt McCormick
    Vice President, Managed Transportation


By: _____

Print Name: _____*Alina Vitali*_____

Print Title: _____*Owner*_____



## SCHEDULE "A"

**I.    Services:**

    **A.    Transportation Services**

If checked, Subcontractor shall provide the following transportation services (the "Services"):

☐  "Wheelchair Van" non-Ambulance ground transportation provided for non-ambulatory patients;

☐  "Non-Medical Stretcher Van" non-Ambulance ground transportation provided for non-ambulatory patients;

☒  "Ambulatory Services" non-Ambulance and non-Wheelchair transportation provided to ambulatory patients; or

☐  "Other" _____

**II.    Service Area:**

Services shall be provided in and around **Pinellas, Pasco, Manatee, Sarasota**, and in other locations as may be agreed upon by the parties.

**III.    Commencement Date**

The Commencement Date referred to in Section 3 of this Agreement shall be: <u>**1/16/2015**</u>.

**IV.    Scheduling Requirements**

In accordance with Section 5 of the Agreement, different or additional Subcontractor scheduling requirements shall be:

None

**V.    Additional Requirements**

Additional Subcontractor administrative and operational requirements shall be set forth by in Schedule C.



**SCHEDULE "B"**
**RATES**

| Other Services | HCPC | Rate |
|---|---|---|
| Wheelchair Van (one way) | A0130 | N/A |
| Wheelchair Van mileage | S0209 | N/A |
| Ambulatory (one way) **5 miles included** | A0120 | $12.50 |
| Ambulatory mileage (**each additional mile after 5 miles**) | A0215 | $1.60 |
| Non-Medical Stretcher Van (one way) | T2005 | N/A |
| Non-Medical Stretcher Van mileage | T2009 | N/A |
| Pharmacy Stop | A0999 | $5.00 |

**A2C does not pay for "No Shows", "Dry Runs" or "Deadhead" miles.**



**SCHEDULE "C"**

**NETWORK PROVIDER REQUIREMENTS**

**1.0  Transportation Provider Requirements**

    **1.1**  Transportation Provider agrees not to differentiate or discriminate in the treatment of any passenger on the basis of sex, marital status, age, race, color, national origin, ancestry, religion, disability, medical condition, veteran status, political affiliation, economical status, or sexual orientation.

    **1.2**  Transportation Provider shall provide drivers with visible employee picture identification card, picture ID badge or uniform with name for security and identification purposes.

    **1.3**  Transportation Providers must comply with all applicable State and Federal laws including, but not limited to, the Americans With Disabilities Act (ADA) of 1990; Federal Transit Administration (FTA) regulations (including FTA's drug and alcohol regulations); the Federal Highway Administration's drug and alcohol regulations' Rehabilitation Act of 1973, Section 504; the requirements of 42 Code of Regulations, Part 431, Subpart F; and Title VII of the Civil Rights Act of 1964.

**2.0  Transportation Provider Operational Requirement**

    **2.1**  Transportation Providers must obtain and maintain current status on any and all business licenses, permits, certificates, and registrations that are required by Federal, State or local laws, rules and regulations

    **2.2**  During normal business hours the transportation provider's must be staffed so that all calls from A2C can be answered by a "live" person, not by an answering machine or answering service or provide a contact number where A2C calls can get answered without going through the regular reservations phone lines.

    **2.2.1**  If a transport happens before or after normal business hours, A2C must have a way of contacting the transportation provider /driver during those times when the office is not open.

    **2.3**  All records must be kept in secure files for a minimum of five (5) years and be readily accessible to A2C staff within 2 business days without additional expense to A2C except for any requested reproduction costs/time which will be pursuant to State Regulations.

    **2.4**  Transportation Provider agrees to work with A2C to respond to all complaints by the deadline specified in the notes within the Complaint form in the vendor portal.

    **2.4.1**  Transportation Providers understands that not responding to complaints may result in Corrective Action.

    **2.5**  Transportation Provider agrees to cooperate in all on-site visits of the Transportation Provider's place of business and inspection of business records and vehicles that are mutually agreed with reasonable advance notice.

    **2.6**  Transportation Provider may not solicit or accept any money from any passengers you transport for A2C.

    **2.7**  Transportation Provider agrees to follow A2C accident and incident process or a process compliant with FTA Grant Award requirements.

# Access2Care

    **2.7.1**    Transportation Provider must report all incidents, accident and injuries occurring while the Transportation Provider is transporting any A2C passenger(s) immediately after the incident becomes known and the situation permits communication.

    **2.7.2**    Transportation Provider must have a form to document all information about the accident/incident. This form must be approved by A2C. Florida SSPP forms may be used to comply with this requirement.

    **2.7.3**    Transportation provider must request a copy of the police report and must forward the report to A2C as soon as possible if applicable.

**3.0**    **Driver/Attendants/Escorts Requirements -** Compliance with FTA Grant award requirements, except Section 5310 alone, will be accepted in lieu of this section's individual items.

    **3.1**    Drivers and attendants/escorts are required to wear visible identification badges or similar items so staff is easily identified as employees of your company;

    **3.2**    All drivers/attendants/escorts must be at least 18 years of age;

    **3.3**    All drivers must have a current valid driver's license to operate the transportation vehicle to which they are assigned;

    **3.4**    Drivers must have no more than one (1) chargeable accidents or two (2) moving violations in the last three years;

    **3.5**    Drivers must not have a driver's license suspension or revocation for moving traffic violations within the previous five (5) years;

    **3.6**    All drivers/attendants/escorts must have a current background checks. Current means no more than one (1) year old;

    **3.7**    All drivers/attendants/escorts cannot be on any state or federal Sex Offender Registry;

    **3.8**    Drivers/attendants/escorts must not have been convicted of any felony crime and/or misdemeanor related to health care fraud, theft, embezzlement, breach of fiduciary responsibility, or other financial misconduct; elder abuse; patient abuse in connection with the delivery of a health care item or service; unlawful manufacture, distribution, prescription, or dispensing of a controlled substance; and any felony or misdemeanor conviction for child abuse, elderly abuse, domestic violence, criminal sexual conduct, drugs or weapons;

    **3.9**    All drivers /attendants/escorts must be courteous, patient, and helpful to all passengers and be neat and clean in appearance;

    **3.10**    Drivers /attendants/escorts shall NOT use alcohol, narcotics, medical marijuana, illegal drugs or drugs that impair ability to perform while on duty and shall NOT abuse alcohol or drugs at any time. The transportation provider shall not use drivers who are known abusers of alcohol or known consumers of narcotics or drugs/medications that would endanger the safety of recipients, whether those drugs are legally prescribed or not.

    **3.11**    All transportation providers must implement a verifiable 5-panel drug-testing program for drivers. Pre-employment, post-accident, and random drug screens each year shall be mandatory.

    **3.12**    Drivers /attendants/escorts must not smoke while in the vehicle, or while in the presence of any A2C passenger;

Access2Care

    **3.13**    Drivers must not wear any type of headphones at any time while on duty, with the exception of hands-free headsets for mobile telephones if this is the company communication device;

    **3.14**    If a non-curbside pick-up is being made, drivers must identify themselves, show their identification and announce their presence at the entrance of the facility or residence;

    **3.15**    Drivers must assist A2C passengers getting into and out of the vehicle and confirm that all seat belts are fastened;

    **3.15.1**  No A2C passenger will be transported unless all passengers are buckled up;

    **3.16**    The number of persons in the vehicle, including the driver, must not exceed the vehicle manufacturer's approved seating capacity;

    **3.17**    Drivers must ensure A2C passengers in wheelchairs are properly secured, in accordance with Americans with Disabilities Act rules, prior to departure and at all times while in transit;

    **3.18**    Upon arrival at the destination, the vehicle should be parked or stopped so that A2C passengers do not have to cross streets to reach the entrance of their destination.

    **3.19**    Drivers must not leave passengers unattended in the vehicle unless it can be done safely;

    **3.20**    Drivers must not touch any recipient except as appropriate and necessary to assist the A2C passengers into or out of the vehicle, into a seat, to secure the seat belt, or to render first aid or assistance for which the driver has been trained.

    **3.21**    Drivers /attendants/escorts are expected to follow company and broker guidelines for HIPAA compliance by keeping all A2C passengers protected health information (PHI) confidential. It should not be visible to other recipients/passengers, and drivers must not discuss this information with anyone who is not involved with the recipient's treatment or connected health care services.

**4.0**    **Required Training -** Compliance with FTA Grant award requirements, except Section 5310 alone, will be accepted in lieu of this section's individual items.

    **4.1**    A2C requires and is willing to assist transportation providers with establishing an on-going training program that includes at a minimum:
    **4.1.1**  Passenger Assistance Training (PAT);
    **4.1.2**  Defensive driving;
    **4.1.3**  Use of common assistive devices such as wheelchairs, walkers, etc.;
    **4.1.4**  Methods of handling wheelchairs, scooters;
    **4.1.5**  Methods of moving, lifting and transferring passengers with mobility limitations;
    **4.1.6**  Operation of lifts, ramps and wheelchair securement devices;
    **4.1.7**  CPR and basic first aid;
    **4.1.8**  Customer service;
    **4.1.9**  Vehicle emergency evacuation;
    **4.1.10**  Recognize emergencies (what does an operator need to do in the event of a life-threatening emergency);
    **4.1.11**  Behind the wheel training (hands-on operator training to ensure safe driving habits)
    **4.1.12**  Handling Blood borne Pathogens;
    **4.1.13**  Passenger Assistance – transferring, loading, unloading;
    **4.1.14**  HIPAA Compliance.

*Access2Care*

    **4.2**    Transportation providers must maintain sign in sheets or logs of all training provided to all drivers /attendants/escorts. These logs must be included in the staff files and available for review by A2C.

**5.0**    **Vehicle Requirements -** <u>Compliance with FTA Grant award requirements, except Section 5310 alone, will be accepted in lieu of this section's individual items.</u>

    **5.1**    All vehicles must pass A2C inspection prior to transporting Medicaid recipients.

    **5.2**    All vehicles used to transport passengers will be inspected annually.

    **5.3**    All vehicles must be equipped with adequate and functioning heating and air-conditioning systems.

    **5.3.1**    Functionality must be defined by temperature readings from the rear of the vehicle, achieving air conditioning to 68 degrees and heating to 72 degrees.

    **5.4**    All vehicles shall have functioning, clean and accessible seat belts for each passenger seat position. Each vehicle shall utilize child safety seats when transporting children of an age specified by State Law.

    **5.5**    Seat belts must be stored off the floor when not in use.

    **5.6**    Each vehicle must have at least two (2) functional seat belt extensions available.

    **5.7**    Each vehicle must be equipped with at least one seat belt cutter within easy reach of the driver.

    **5.8**    All vehicles must have an accurate speedometer and odometer.

    **5.9**    All vehicles must have two exterior rear view mirrors, one on each side of the vehicle.

    **5.10**    All vehicles must be equipped with an interior mirror for monitoring the passenger compartment.

    **5.11**    The exterior of the vehicle must be

    **5.11.1**    clean;

    **5.11.2**    free of broken mirrors or windows;

    **5.11.3**    excessive grime,

    **5.11.4**    have no major dents or paint damage that detract from the overall appearance of the vehicle.

    **5.12**    The interior of the vehicle must be

    **5.12.1**    clean;

    **5.12.2**    free from torn upholstery;

    **5.12.3**    floor or ceiling covering;

    **5.12.4**    free from damaged or broken seats;

    **5.12.5**    free from protruding sharp edges;

    **5.12.6**    must also be free of dirt, oil, grease and litter.

## Access2Care

**5.13** Vehicles will be free of hazardous debris or unsecured items and will be operated within the manufacturers safe operating standards at all times.

**5.14** All vehicles shall have the transportation provider's name, and vehicle number prominently placed on the exterior of each vehicle.

**5.15** The vehicle number, and toll-free phone number for the transportation provider must be prominently displayed on the interior of each vehicle.

**5.16** Smoking is prohibited in all vehicles at all times.

**5.17** All vehicles must have the following signs posted in all vehicle interiors, easily visible to the passengers. Internationally recognized signs are acceptable:

**5.17.1** "NO SMOKING"

**5.18** Vehicles must carry an information packet containing vehicle registration, insurance card, and accident procedures and forms.

**5.19** Vehicles must be equipped with a first aid kit.

**5.20** Each vehicle shall contain a current map or equivalent of the applicable State(s)/service area with sufficient detail to locate recipients and medical providers.

**5.21** Vehicles must be equipped with a "spill kit" including: liquid spill absorbent, latex gloves, hazardous waste disposal bags, scrub brush, disinfectant and deodorizer.

**5.22** Non-compliance: Any vehicle or driver found out of compliance with any of these requirements or any State or Federal regulations must be removed from service immediately.

**5.23** Wheelchair/Stretcher Vehicles

**5.23.1** When a Transportation Provider utilizes a high profile/tall vehicle to transport A2C passengers that has greater ground clearance than an average-sized sedan, Transportation Provider must provide a sturdy, non-skid, stepping aid to assist the passenger in entering and exiting the vehicle. This stepping aid must be capable of safely supporting 300 pounds, must be no higher than twelve inches (12") above the ground, with a nonskid top surface not less than eight inches by twelve inches (8" x 12").

**5.23.2** For all vehicles used for paralift operations, the overhead clearance between the top of the door opening and the raised lift platform, or the highest point of ramp, shall be a minimum of 56 inches, or such other distance as may be required by ADA or other federal or state laws or regulations.

**5.23.3** All wheelchair lifts must have a design load of at least 600 pounds.

**5.23.4** All ramps used for the loading and unloading of passengers must meet ADA Accessibility Guidelines.

**5.23.5** All tie-downs or other securement devices used for paralift operations must meet the ADA Accessibility Guidelines.

**6.0** **Vehicle Maintenance -** <u>Compliance with FTA Grant award requirements, except Section 5310 alone, will be accepted in lieu of this section's individual items.</u>

**6.1** Network transportation providers must have a comprehensive Preventive Maintenance (PM) program for all vehicles and equipment used for members.

*Access2Care*

| | | |
|---|---|---|
| 6.2 | The required maintenance program will include: | |
| 6.2.1 | Inspected and serviced in accordance with manufacturer recommendations | |
| 6.2.2 | A vehicle maintenance file for each vehicle that includes records of all maintenance actions, including but not limited to: | |
| 6.2.3 | Servicing, | |
| 6.2.4 | Preventive maintenance inspections, | |
| 6.2.5 | Repairs, | |
| 6.2.6 | Brake adjustments, | |
| 6.2.7 | Any bodywork, | |
| 6.2.8 | Documentation of vehicle inspection, | |
| 6.2.9 | Repair and replacement of associated equipment, such as radios. | |
| 6.2.10 | Records of inspections conducted by an entity with jurisdiction, if applicable and certification that the vehicle passed inspection. | |
| 6.3 | Providers should be able to demonstrate documented operational and safety checks (pre- and post-trip inspection) at the beginning of each workday. These include a check of: | |
| 6.3.1 | Tires, | |
| 6.3.2 | Brakes, | |
| 6.3.3 | Lights, | |
| 6.3.4 | Horn, | |
| 6.3.5 | Fluids, | |
| 6.3.6 | Wipers, | |
| 6.3.7 | Climate control devices, | |
| 6.3.8 | Seat belts, | |
| 6.3.9 | Safety equipment, | |
| 6.3.10 | Vehicle damage. | |
| 6.3.11 | Documentation of maintenance actions will include the date and mileage. | |
| 6.4 | These records must be stored for a period of at least 5 years and must be made available to A2C for inspection as requested. | |

7.0 **Insurance Requirements -** <u>Compliance with FTA Grant award requirements, except Section 5310 alone, will be accepted in lieu of this section's individual items.</u>

  7.1   Insurance coverage for all vehicles must be in force at all times during the contract period in accordance with state and local regulations and contract requirements.

**Access2Care**

**7.2** In compliance with A2C and our client's requirements, all vehicles shall have a minimum of $300,000 combined single limit insurance coverage for vehicles at all times during the contract period.

**7.3** Transportation Provider must supply up-to-date copies of all insurance certificates to A2C before they expire. Transportation provider understands that if current copies are not on file with A2C the provider will be suspended and no trips will be assigned.

**8.0 Trip Log Requirements**

**8.1** All transportation providers must require each driver to maintain a daily trip log for each trip.

**8.2** The Daily trip log must capture at the minimum the items below.

**8.2.1** Date of service,

**8.2.2** Driver's name,

**8.2.3** Driver's signature,

**8.2.4** Recipient's name,

**8.2.5** Recipient's signature,

**8.2.6** Escort full name (if applicable),

**8.2.7** Escort signature (if applicable),

**8.2.8** Vehicle ID number,

**8.2.9** Each authorized recipient's scheduled and actual pick up time,

**8.2.10** Recipient no-show indicator,

**8.2.11** Each authorized recipient's scheduled and actual drop off time,

**8.2.12** Actual service level <u>(AMB, W/C, Stretcher)</u> per trip provided,

**8.2.13** Mileage for each leg of trip.

**8.3** All of the above information must be included on the trip or the provider will not receive payment for the trip. Providers can use the sample form included in their Transportation Provider manual or any other form as long as it meets the requirements above.

**8.4** Signatures – each trip log must have a recipient signature.

**8.4.1** If a recipient refuses to sign the driver log for any reason, the driver may sign the log with "RECIPIENT REFUSED TO SIGN".

**8.4.2** This method is only acceptable if the recipient has been asked to sign the document and has verbally refused.

**8.4.3** Driver should notate the reason the recipient is refusing to sign the trip log.

**8.4.4** Transportation provider must contact the A2C call center so a "claims note" can be added to the recipients record.

**8.4.5** Trip logs with this notation will be flagged for an audit so that A2C to provide education to the recipient.

*Access2Care*

- **8.4.6** If recipient is medically unable to sign the driver log, the driver must attempt to get a signature from one or any the following:

    - **8.4.6.1** Medical facility staff,
    - **8.4.6.2** Escort or attendant,
    - **8.4.6.3** Family recipient.

- **8.4.7** If a driver exhausts all options to unable to obtain a signature from any acceptable source, the driver may sign the log with "PUTS", patient unable to sign.

- **8.4.8** This method of signature is only acceptable if the driver has attempted to gather other approved signatures.

- **8.5** Trip logs with this in the signature line will automatically be flagged for an audit.

- **8.6** Transportation provider is required to send in all trip documentation with the invoice before any payment will be made for these trips.

- **8.7** Transportation provider must contact the A2C call center so a "claims note" can be added to the recipients record.

**9.0** Transportation Provider Performance Standards

- **9.1.1** On Time Performance Standards:

    - **9.1.1.1** Recipients may be picked up as early as 90 minutes prior to their appointment time. Additional time may be allowed for multi-loading or for long trips.
    - **9.1.1.2** 95% of recipients are to be delivered on time. On-time shall mean that a recipient arrives at their scheduled destination no later than the scheduled appointment time.
    - **9.1.1.3** Return trip pick-up within sixty (60) minutes of notification for "will call" trips
    - **9.1.1.4** 95 % of all trips are to be completed in less than 90 minutes. The maximum ride time for a routinely scheduled trip is 90 minutes. This measure will not apply to special trips and long distance trips of more than 70 miles one way.

- **9.1.2** Provider No-Show Standard:

    - **9.1.2.1** Provider must complete no less that 99.5% of all accepted trips.

- **9.1.3** Complaint Ratio Standard:

    - **9.1.3.1** Provider will receive no more than two valid complaints, on average, per 1,000 trips measured on a monthly basis.

- **9.1.4** Provider Equipment Standard:
    - **9.1.4.1** Transportation providers will maintain their vehicles within the guidelines described in the Transportation Provider Manual or FTA Grant standards, if applicable.

*Access2Care*

        **9.1.4.2**  No more than two valid vehicle related complaints, on average, per 1,000 trips within a month

**10.0**    **Trip Assignment Requirements**

    **10.1**    **Web Portals:** A2C prefers all transportation providers have Internet access to enable use of the A2C web portal for efficient trip assignment and claims processing. We send trip requests to transportation providers directly via the A2C system. Transportation providers will be assigned trips based on the following:

    **10.1.1**  Level of need of the passenger (appropriate mode assignment)

    **10.1.2**  Lowest cost / highest quality provider

    **10.2**    You must check your trip assignments nightly and accept/reject the trips within 24 hours of assignment.

    **10.3**    When you accept a trip, you have made a commitment to perform the transport.

    **10.3.1**  If you do not accept a trip the trip will be removed from your schedule and assigned to another provider.

    **10.4**    A2C will assign every trip an authorization number. Trips performed without prior authorization from A2C will not receive payment.

    **10.5**    Verify accepted trips directly with the recipients within 24 hours in advance of the appointment time to ensure no changes have occurred such as a canceled appointment or altered appointment time. The trip manifest includes the member's contact number.

    **10.6**    <u>Provider</u> may confirm the <u>trip</u> with the recipient twenty-four (24) hours ahead of the scheduled medical appointment to reduce the possibility of a no-show.

    **10.7**    <u>Driver</u> must wait at least five (5) minutes <u>after arriving at the pick-up scheduled location,</u> and upon making efforts to contact the recipient before "no-showing" the recipient at the pick-up location.

    **10.8**    <u>Provider</u> must immediately inform A2C of any breakdown, accident or incident as well as any other problems that might cause a delay of more than fifteen (15) minutes in the trip.

    **10.9**    Provider may negotiate pick-up and drop-off time to maximize multi-loading opportunities.

    **10.10**  All transportation providers are required to have a working fax machine to be used as a back-up for trip scheduling or provide and alternate mode of receiving trip assignments should the existing system fail.

    **10.11**  **Faxed request:** A2C can assign transports on a temporary basis via fax or telephone until Internet access is established. We will make longer term accommodations for providers who do not have Internet access in their areas. <u>If applicable.</u>

    **10.12**  For transportation providers without Internet access due to their remote location or for those providers awaiting Internet installation, we have designed efficient processes for trip management and claims reconciliation. Instead of Internet access, this process requires a working facsimile (fax) machine.