UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

1ST TRANSPORT, LLC, d/b/a
TARA TRANS, a Florida Limited
Liability Company,

      CASE No.: 8:19-cv-02595

    Plaintiff,

v.

ACCESS 2 CARE, LLC, d/b/a
AMERICAN MEDICAL RESPONSE, INC.,
a Missouri Limited Liability Company,

    Defendant.
_____/

## JOINT MOTION FOR EXTENSION OF PRE-TRIAL DEADLINES

The parties, 1st Transport, LLC d/b/a Tara Trans ("Plaintiff") and Access 2 Care, LLC d/b/a American Medical Response, Inc. ("Defendant" and together with Plaintiff, the "Parties"), by and through their undersigned counsel, jointly move this Court for an extension of Pre-Trial Deadlines, and in support hereof, state as follows:

1. The Parties are requesting that the Court amend its Order dated January 11, 2021 [ECF No. 31] by extending the following Pre-Trial Deadlines: (i) discovery cutoff deadline (presently Mach 5, 2021); and (ii) dispositive motion filing deadline (presently March 26, 2021).

2. The Parties are requesting the following new Pre-Trial Deadlines:

    a. Discovery cutoff date: April 16, 2021

  b. Dispositive motion filing deadline: April 30, 2021

 3. The Parties' Pre-Trial Statement is due by May 6, 2021, and the trial is set for a period beginning in June 2021. *See* [ECF No. 31]. Accordingly, the requested extensions of time should not interfere with the pre-trial conference, trial, or any other previously-established deadlines.

 4. The Parties have been diligently engaged in written and document discovery, and have been working to resolve certain objections without court intervention and to schedule depositions. Despite the Parties' best efforts, it has become clear that additional time is required to complete discovery.

## MEMORANDUM OF LAW

The granting of this motion lies wholly within the discretion of the Court.

## CERTIFICATION OF GOOD FAITH CONFERRAL

Pursuant to Local Rule 3.01(g), the Parties have conferred and agree to the relief sought herein.

WHEREFORE, Plaintiff and Defendant jointly request that this Court grant their Joint Motion for Extension of Pre-Trial Deadlines and amend the Case Management and Scheduling Order by extending the pre-trial deadlines as set forth above.

Dated:  February 23, 2021

| | |
|---|---|
| THE USMAN LAW FIRM, P.A. | MCDERMOTT WILL & EMERY LLP |
| /s/ Derek P. Usman | /s/ Michael G. Austin |
| Derek P. Usman, Esq. | Michael G. Austin, Esq. |
| (FBN: 120303) | (FBN: 457205) |
| 20701 Bruce B Downs Blvd, Suite 207 | Joseph Wasserkrug, Esq. |
| Tampa, FL 33647 | (FBN: 112274) |
| derek@usmanfirm.com | 333 SE 2nd Avenue, Suite 4500 |
| Telephone: (813) 377-1197 | Miami, FL 33131 |
| Facsimile: (312) 528-7684 | maustin@mwe.com |
| *Attorney for Plaintiff* | jwasserkrug@mwe.com |
| | jkohlasch@mwe.com |
| | mblancoaleman@mwe.com |
| | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 23, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing on the following counsel of record:

Derek P. Usman, Esq.
20701 Bruce B Downs Blvd, Suite 207
Tampa, FL 33647
derek@usmanfirm.com
Telephone: (813) 377-1197
Facsimile: (312) 528-7684
*Attorney for Plaintiff*

/s/ Michael G. Austin
Michael G. Austin, Esq.

DM_US 177348620-1.093004.0035